ORIGINAL

BRIAN EVANS

GENERAL DELIVERY

KEAAU, HAWAII 96749

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

BRIAN EVANS, Plaintiff, Individually

v.

LEAP FROG GROUP

1660 L Street NW, Suite 308

 Washington, DC 20036, Defendant

LEAH BINDER, Individually, Defendant

THE ROBERT WOOD JOHNSON FOUNDATION

P.O. Box 2316

Route 1 and College Road East

Princeton, NJ 08543, Defendant

DOES 1-10

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2013

at ___3___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

CIVIL COMPLAINT NO. CV13 00269 SOM KSC

COMPLAINT; EXHIBITS

## COMPLAINT FOR FRAUD, WRONGFUL DEATH, LOSS OF CONSORTIUM

## JURY TRIAL DEMANDED RESPECTFULLY

Plaintiff, Brian Evans (Pro Se) files this lawsuit alleging Fraud, Wrongful Death, and Loss of Consortium.

On October 5th, 2012, Plaintiffs mother died at The Holy Family Hospital in Methuen, Massachusetts. Prior to the death, plaintiff's mother entered the hospital in part because of a rating received by an organization known as the "leap frog group," a fraud which is funded in part by the Robert Wood Johnson Foundation.

After the death of his mother, plaintiff contacted Leah Binder, the CEO of this organization, who wrote plaintiff a letter and advised him that he should proceed to complain against the hospital. Plaintiff was also invited by the co-defendant to meet with him, and told plaintiff that he should "go after the hospital" for what happened to her. In short, Helen Bousquet, the mother of plaintiff Brian Evans, went to the hospital for what was supposed to be routine knee surgery. Despite the fact that the hospital knew she had a condition known as sleep apnea, the hospital put her in an unmonitored recovery room, dosed her out on morphine to deal with the pain from the knee surgery, then left her alone. She went into cardiac arrest without anyone in the hospital even knowing about it.

Leap Frog is culpable in this death, because it is the organization that rates the hospital, despite never walking into the hospital. Leap Frog sends questionnaires to the hospital, the hospital answers those questionnaires in the presence of no one, then returns the questionnaire to leap frog group who then rates them based on the answers they give, not answers that are ever verified by anyone.

This gives unsuspecting patients, like it did plantiffs mother, the false impression that the hospital is safer because it received an "A" rating from Leap Frog group, despite the fact that Leap Frog Group never even walks through the front door (or any door) of the hospitals that they rate.

Defendants fraudulent rating helped lead plantiff's mother to her demise.

After plaintiff went public with the letter by defendants (**see Exhibit A**), just 9 days later (**Exhibit B**), Leap Frog (and it's very same CEO) provided Holy Family with a brand new rating (an "A") that the hospital posted on its website, and then ceased responding to plaintiff.  Eleven days later, the nurses at this

hospital Leap Frog gave a new rating to protested that very hospital over lack of patient safety (**Exhibit C**).  Co-defendant Binder then retracted her invitation for plaintiff to meet with her. The new rating was provided to the hospital just days after co-defendants Leap Frog and Binder wrote plaintiff to pursue his claims against the hospital. Plaintiff assumes that was due to pressure by Steward Health Care System, who owns the hospital.

Plaintiff lost his mother at 62, in part due to Leap Frog Group, who gave a 62 year old woman the false impression that a hospital that has had numerous complaints, multiple jury awarded lawsuits, was safer than it obviously turned out to be. Plaintiffs mother walked into that hospital thinking the "A" rating actually meant there was an independent review of the hospital, when in fact, Leap Frog Group, partially funded by the Robert Johnson Wood Foundation, never actually walked through the door to rate it.

This gives patients the false impression that the hospital is safer than it is. The American Hospital Association (AHA) also agrees that there are serious problems with Leap Frog Group as will be evidenced.

The plaintiff prays this honorable court will permit him the latitude of a pro se litigant until such time as an attorney enters this case. Plaintiff realizes and will obey the rules of this court and civil procedure until such time as that occurs.

RELIEF

Plaintiff requests $50,000,000 (FIFTY MILLION DOLLARS) for the allegations stated, plus Damages as seen fit by a jury as to each Defendant in this case.

JURISDICTION

28 U.S.C. §1332, Diversity Jurisdiction in that the claimed amount of relief exceeds $75,000, and both parties reside and/or conduct business in two different states. Co-Defendant Leap Frog Group also rates hospitals in Hawaii (again, while never stepping foot into one of them).

Submitted:

BRIAN EVANS

May 22nd, 2013