IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ORIGINAL

BRIAN EVANS, Individually

General Delivery

Keaau, Hawaii 96749

(617) 599-5040

riveravenue@hotmail.com

    Plaintiff, Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 02 2013

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

<u>CIVIL NO. 13-00269-SOM-KSC</u>

v.    **AFFIDAVIT BY NEUROLOGIST BHARANI PADMANABHAN MD PhD**

**IN SUPPORT OF PLAINTIFFS COMPLAINT**

THE LEAPFROG GROUP,

1660 L Street NW, Suite 308

Washington, DC, 20036

    Defendant,

LEAH BINDER, Individually and in her Official Capacity as CEO of The LeapFrog Group,

1660 L Street NW, Suite 308

Washington, DC, 20036,

    Defendant,

ROBERT WOOD JOHNSON FOUNDATION

Route 1 and College Road East

Princeton, NJ 08543-2316,

    Defendant

## AFFIDAVIT BY NEUROLOGIST BHARANI PADMANABHAN MD PhD IN SUPPORT OF PLAINTIFFS COMPLAINT

Plaintiff, Brian Evans (Pro Se) herein submits an Affidavit in Support of Plaintiff's lawsuit by NEUROLOGIST BHARANI PADMANABHAN MD PhD against all Defendants in this present case As no Defendant has yet to file an appearance in this case, no Proof of Service is required by Plaintiff upon the Defendants.

In addition to the enclosed Affidavit, Plaintiff will additionally file a duplicate copy which contains the embossed seal of the notary in the attached Affidavit.

Plaintiff filed his Second Amended Complaint and application to proceed without pre-payment of fee's on July 1st, 2013 which clearly corrected the deficiencies in this Honorable Court prior order that gave the Plaintiff the opportunity to file a Second Amended Complaint. This is obviously confirmed by the fact that the court then issued a summons for all three Defendants on July 2nd, 2013. However there has been no order on Plaintiff's application for a waiver of fee's, which is making Plaintiff unable to serve the Defendants without costs despite his Sworn Affidavit stating he meets the requirements to proceed with this case without pre-payment of fee's, as he has applied for and has been granted in other cases before this Honorable Court with the same exact information provided, all of which is true, in those prior waiver applications.

Submitted:

_____

BRIAN EVANS

July 30th, 2013