# scleroplex inc.

**Bharani Padmanabhan MD PhD**
**Multiple Sclerosis Neurologist**
30 Gardner Rd. Suite 6A, Brookline MA 02445
+1 617 566 6047 phone + fax

29 July 2013

SWORN AFFIDAVIT (8 pages)
in the matter of
Brian Evans v. Leapfrog Group, Leah Binder, Robert Wood Johnson Foundation

# Exhibit A

1

# scleroplex inc.

**Bharani Padmanabhan MD PhD**
**Multiple Sclerosis Neurologist**
30 Gardner Rd. Suite 6A, Brookline MA 02445
+1 617 566 6047 phone + fax

29 July 2013

SWORN AFFIDAVIT (8 pages)
in the matter of
Brian Evans v. Leapfrog Group, Leah Binder, Robert Wood Johnson Foundation

Respected Judge,

I, Bharani Padmanabhan MD PhD, have been requested by *pro se* plaintiff, Mr Brian Evans, to issue a report on the fraud underpinning the various statements and actions of the Leapfrog Group and it's founder Dr Lucian Leape, based on my direct professional experience at the hospital in Massachusetts for which Dr Leape serves as Trustee and forms the basis of his numerous writings in support of the Leapfrog fraud. My CV is enclosed along with notarized true copies of my Medical License, Drivers License and Neurology Board Certificate (Exhibit A).

I have spent the good part of the past 2 years closely analyzing this issue. Recently I also published publicly in a local newspaper two clear columns about this fraud (Exhibit B). So far Leapfrog et al have not responded by legal means.

My work in this matter is fully *pro bono* and in the public interest throughout these United States. This fraud affects the public in every state including the State of Hawaii.

I shall provide facts and details in my affidavit to inform the decision makers in this litigation and disabuse them of the endlessly repeated Core Falsehoods disseminated by Leapfrog so that a clear view of the fraud is obtained.

The website for the Leapfrog Group (hereinafter Leapfrog) states - "A 1999 report by the Institute of Medicine gave the Leapfrog founders an initial focus - reducing preventable medical mistakes." (Exhibit C)

This is just one of numerous deliberately misleading statements by Leapfrog. Let us absorb this one sentence for now, starting with the report giving the founders a focus. Now one is supposed to understand that the founders of Leapfrog were casting about for some way to improve healthcare and lo! chanced upon a report from the IOM, a *private* nonprofit organization.

The reality is that Leapfrog was founded by the very people who wrote that IOM report, primarily Dr Lucian Leape.

It is further true that Leapfrog is the only *private* consultancy mentioned by name by Dr Leape in the IOM report as something they should hire in order to reduce the errors that Dr Leape had himself identified. (Exhibit D) It is of course entirely significant that he did not disclose in that report that he is a co-founder of Leapfrog.

The IOM report deliberately lied about the results of a review published by Dr Leape in 1994 which itself had been based on 2 earlier papers published in 1991 by Dr Leape and close friends about a *retrospective* paper chart review he had conducted in 1990 about inpatient admissions in New York back in the year **1984**.

1   http://www.nejm.org/doi/pdf/10.1056/NEJM199102073240604
2   http://www.nejm.org/doi/pdf/10.1056/NEJM199102073240605

Based on this illustrious 1991 set, which any half-decent trial lawyer who actually cared about his/her patient client could have run many trucks through, Dr Leape concocted the 1994 review paper which declared that Physicians <u>KILL</u> 48000 - 98000 patients every year through various errors, a huge spread in itself, even though the 1991 papers only said 48000 - 98000 Adverse Events, not Deaths. An Adverse Event involved anything that was incidental to their admission or treatment or associated with it causally. Only 6895 Deaths were identified in that paper as resulting from negligence. (Exhibit E)

To start with, such a *retrospective* review is the least reliable of studies, not a Class I study at all. There are numerous severe methodological problems with such paper chart reviews especially given the long time that had passed since the patients were discharged. And even more so when the result has been defined before the study was even done.

However in all subsequent statements about that study, the Events deliberately transformed into Deaths.
And the 48000 figure was quietly forgotten.

The drumbeat by Dr Leape and his Leapfrog now claimed, repeatedly, on and on and on, that doctors in the US are responsible for the Death of 98000 Americans every year as a result of errors. Over time this figure was helpfully rounded up to 100000 by the nurses and MBAs hired to further the fraud, akin to the Madoff feeder funds. As a result the two numbers may be encountered interchangeably.

This is **Core Falsehood #1** - that Doctors kill 100000 Americans every year due to their errors.

Dr Leape, now declared *the* Father of the Patient Safety Movement, recommended that hospitals hire the services of Leapfrog and himself to rectify those errors that killed 98000 Americans every year. Now if Leape had proposed a simple Payola scheme wherein hospitals pay him directly for his services, there was a significant risk that bigger powerful hospitals would have pressed for a criminal investigation. There thus had to be a system that coerced hospitals into paying while minimizing Federal distractions.

Here is where the true beauty of the fraud comes into play.

Leapfrog's founders set up "partnerships" and "memberships" in a transparent effort at creating it's own "third-party payola loophole". Entities actually paying for healthcare, meaning paying the hospitals, were roped in on the premise that "reducing errors" would lower costs. (Exhibit F)

This is **Core Falsehood #2** - that <u>engaging Leapfrog</u> would reduce errors and thus reduce costs.

Leapfrog would set up a Score Card system and grant hospitals a Safety Score of A, B, C, D or F. The payers would reward hospitals that get an A from Leapfrog and penalize hospitals that get a D.

It is now in the financial interest of hospitals to make nice with Leapfrog and aim to get an A score. Corruption being what it is, how hospitals get that score is where the devil lies.

Please keep in mind the Leapfrog Score per se has nothing to do with quality and absolutely nothing to do with lowering healthcare costs. But getting a Leapfrog Score of A will get a hospital bonus payments of 2-3% of it's annual billings from payers including Medicare because they ostensibly provide High Quality care. This provides bragging rights which they can then advertise to the hilt. Conversely, not getting an A will result in a hospital being docked 1-3% of it's billings every year. That is a significant spread worth at least $1 Million for even small community hospitals every single year.

Regardless of any claimed interest in patient safety, if Congress were to pass a law directing Medicare and private insurance companies to NOT take Leapfrog's Score into account when calculating these bonus payments, Leapfrog would wind itself up instantly.

The payers were roped in by Leapfrog solely on the brand name of Dr Leape and his being a Professor at Harvard Medical School. Without the direct involvement of and association with Dr Leape, Leapfrog alone would not have succeeded in obtaining as many members as it has.

Leapfrog thus endlessly touts the name of Dr Leape and his associate at Harvard, Dr Ashish Jha, in every statement and report. They sit on the "Blue Ribbon Panel" that allegedly vets the hospitals and ensures on behalf of Americans that the hospitals are worth the Score that they receive. (Exhibit G)

Americans are supposed to trust that Score <u>BECAUSE</u> Dr Leape, Dr Jha and Hopkins' Dr Peter Pronovost are involved. All the best scams are supported by alleged pillars of society.

Even a brief superficial reading of Leapfrog's promotional material strongly imparts that impression and deliberately so. The reputation and the faculty position of these doctors is integral to Leapfrog's brand. This is further reinforced by gushing puff pieces placed in numerous newspapers that again dwell on the fact that Dr Leape is a Harvard Professor. (Exhibit H)

This is **Core Falsehood #3** - that the Blue Ribbon Panel has anything to do with the Score an individual hospital gets.

A more careful reading reveals that they only come up with the parameters for the Scoring system (which themselves have been declared suspect by good hospitals). But no one will get that impression from Leapfrog's press releases.

When Leapfrog's expensive attorneys from Ropes & Gray, Mintz Levin or other such large firms come before you, they may well make the same claim that the attorneys for the credit ratings agency S&P presented to a Court recently, namely that all statements about it's Integrity and Care in promotional brochures and press releases are "**mere puffery**", that in the healthcare "market" Caveat Emptor and that anyway the "customers" here are not ordinary American patients but insurance companies and other payers who are well capable of reading between the lines.

I fully expect them to use that defense. It is completely false.

The deliberate aim of the exercise is to fool and defraud the American public <u>directly</u> and drive them to exert market pressure on hospitals. Americans over the years, perhaps thanks to Consumer Reports, have become used to the idea of alphabetical scores (CR has now moved to more accurate numbers). In the context of the present litigation the Americans so fooled and defrauded were Ms Helen Bousquet and her loving son Brian Evans.

Hospitals issue glowing press releases touting their Leapfrog Safety Score as if it means something. They run large advertisements in the newspapers and television aimed directly at the individual American public. They put up a large logo of Leapfrog on their own website's front page deliberately aiming to give the impression that a significant credible organization, associated with Harvard Professor Lucian Leape, has "certified" that the hospital is a Center of Excellence with High Quality care and that everything possible <u>is</u> done to ensure Patient Safety.

This is happening in hospitals all across the United States including in the State of Hawaii. Residents of the State of Hawaii are equally at risk as Residents of the Commonwealth of Massachusetts. Just one look at the way the Score is being promoted in the press shows clearly the blatant manipulation of the ordinary public. (Exhibit I)
(Please see http://www.hawaii247.com/2012/06/07/leapfrog-group-how-safe-is-your-hospital/)

This naturally drives Americans to choose to receive their care from hospitals with a higher Leapfrog Score. Their choosing a hospital is what brings the hospital money. Manipulating directly the choices of the consumer is thus the paramount consideration. Hospitals that refuse to play this game risk losing a significant sum of cash every year.

4

There are however honest hospitals that refuse to participate in this blatant fraud. The Cleveland Clinic in Ohio is one that has refused to participate and thus is ranked a C. (Exhibit J) The American public is supposed to believe that the Cleveland Clinic is a place with poor quality care and no attention to Patient Safety because Leapfrog says so (and they have Harvard Professor Dr Leape and an entire Blue Ribbon Panel in their corner!).

The Cleveland Clinic correctly pointed out that the Leapfrog Score is entirely meaningless as it is based on Self-Reporting by hospitals. Yes, the final Leapfrog Score depends on the answers a hospital fills in on an annual questionnaire. If a hospital is honest, the Score is poor. And so will the hospital be.

Given the huge financial incentives and the deliberate way this system has been designed, is it any wonder that hospitals may not be entirely forthright in the way they fill out a self-report questionnaire? In addition to the hospital minding it's treasury, most hospitals have now switched to a CEO system of management with bonus incentives for the CEO personally for meeting various waypoints. (Exhibit K)

The press is replete with reports of excellent hospitals receiving poor Leapfrog scores. The only realistic conclusion is that those hospitals are indeed honest and do indeed care about their patients.

The American Hospital Association sent a letter to Leapfrog's CEO Leah Binder with a point-by-point analysis of major errors in the way Leapfrog goes about it's business and deliberately defames high quality hospitals in the process. (Exhibit L)

The example AHA gave of Yale-New Haven Medical Center was spot on, both in terms of proving the absurdity of the Leapfrog Score as well as the deliberate chicanery employed by Leapfrog which led to Yale-New Haven Medical Center being scored a C! Unlike, for example, for-profit Steward Healthcare's Holy Family Hospital, which got an A and then knowingly let Ms Helen Bousquet asphyxiate to death.

Another such is Mount Sinai Medical Center in New York, which Leapfrog ranks at a C. Mount Sinai, exactly like Yale and the AHA, have declared Leapfrog to be extremely suspect.

In Hawaii, the CEO of Kuakini Medical Center has written a detailed letter to Leapfrog clearly pointing out the severe errors that Leapfrog deliberately propagates including the massively low score given to computerized prescriber order entry when that statistic is not purchased from Leapfrog itself. (Exhibit M)
It is a letter well worth reading, especially the closing paragraph -

"As noted previously, we are not interested in participating in The Leapfrog Group survey and we find the inclusion of Kuakini in The Leapfrog Group Safety Scoring of US Hospitals to be completely inaccurate and misleading to the consumer public. Any inquiries regarding The Leapfrog Group scoring and other similar type hospital comparative initiatives will be directed to the CMS website and Kuakini website. A copy of this letter will be posted on the Kuakini website for viewing by the consumer public, Kuakini's patients, and community partners."
(http://www.kuakini.org/uploadedfiles/leapfrog%20grp-2013-04-06-ltr-kmc.PDF)

When Leapfrog publicly announces and widely disseminates a poor Score for hospitals, especially those like Hawaii's Kuakini Medical Center who have refused to participate with Leapfrog, it is impossible to view this as anything but a shakedown - **Play with us or else!** One would be hard pressed to come up with a better definition of racketeering.

Back in 2008 itself Leapfrog had falsely claimed -
"Leapfrog data is thus the *only public source* of information on hospital adoption of health information systems (specifically, the computerized prescriber order-entry system), hospital efficiency, adoption of endorsed safe practices, survival predictors, presence of an intensivist in the ICU and risk-adjusted mortality rates for certain high-risk procedures." The italics are in the original text from Leapfrog. (Exhibit N) As the hospitals above and the AHA have made clear, that is totally untrue. Furthermore, Leapfrog's methodology and scores were properly called out as not being accurate or validated.

Because of the very real complaints about it's unvalidated Score and the underlying fraud, in 2013 Leapfrog felt compelled to rush out it's claim to be the only "Peer Reviewed" Score, which I shall explain further down, as a way to loudly drown out the important concerns raised. Leapfrog know fully well that their Score is nothing more than a provable false opinion.

Here is where I can provide direct evidence. Dr Leape is a Trustee of the community hospital system run by the Cambridge Public Health Commission *dba* Cambridge Health Alliance (CHA) in Cambridge, MA. I was a staff neurologist at CHA (salaried employee) for almost 4 years and studied the quality of care of neurological and radiological services at CHA very closely. I proved numerous cases of poor care in both services over that timeframe. I also proved Medicare Fraud by the radiology department, the same type of Fraud that was reported directly to the President of the United States recently by the Office of Special Counsel in the case of the Jackson VA Medical Center in Mississippi, namely reports being issued for MRI scans of brains without the scans actually being read by the radiologist. Naturally this is terrible for patients and is also a felony. I made the hospital leadership including the Board of Trustees directly aware of these serious problems.

Being a senior Trustee Dr Leape has the fiduciary duty of ensuring Fraud is stopped at his hospital. Dr Leape by dint of his various writings also strives to give the impression that at CHA, a Teaching Hospital of Harvard Medical School, he runs special teams to do Root Cause Analyses of Major Errors in a non-punitive way so that the errors may be understood in a systemic fashion as opposed to simple finger-pointing. Dr Leape has testified under oath to Government panels that team care at his Cambridge Health Alliance is "outstanding" and a model for the entire nation to reduce healthcare costs. (Exhibit F)

I brought major errors to the attention of the Trustees and not a single Root Cause Analysis was done. The Major Errors, so severe that the Joint Commission calls them "Never" Events, meaning they should never occur, were also not reported to the Massachusetts Department of Public Health despite statutory requirements.

And on top of this, Dr Leape and his CHA leadership answered the Leapfrog questionnaire in such a fashion that they automatically were awarded a Leapfrog Safety Score of A. We are supposed to believe thus that Dr Leape's hospital is as safe and excellent as Massachusetts General Hospital.
It gets worse.

In the category called **Leadership Structures and Systems**, which is described as follows -

*"Leadership failure is one of the most frequent causes of unexpected events that cause the injury or death of a patient. Studies reveal that failure in reliability and systems performance stems from inconsistent execution. Leadership structures and systems must be established to ensure: organization-wide awareness of patient safety performance gaps, direct accountability of leaders, investment in performance improvement abilities, and that action is taken to ensure safe care of every patient.",*

- Dr Leape and Leapfrog have awarded CHA the full 120 marks out of 120. The same as Massachusetts General Hospital.

Given Leapfrog's extreme dependence on Dr Leape's brand name, it comes as no surprise at all that his hospital should get an A. An entire nation-wide fraud rests on his reputation, from Massachusetts to Hawaii. And that score of 120 is directly about him.

If Dr Leape's own hospital - his very incubator for new ideas to reduce the 100000 deaths that American doctors allegedly cause every single year - did not qualify for an A, why would anyone want to hire Leapfrog to analyze their own hospital?

I am fully prepared to testify under oath in person to my direct knowledge of the fraud at CHA that is protected and allowed to flourish by Dr Leape and that CHA in no way deserves to be called a Center of Excellence or Patient Safety and that there was no evidence that I could find that Dr Leape carries out any of the systemic non-punitive Root

Cause studies that he has stated to have done at CHA and which forms a core basis of his reputation as a Thought Leader about Patient Safety and that CHA in no way qualifies for a Leapfrog Leadership score of 120 out of 120.

In December 2011 I brought these matters to the direct attention of Inspector General Daniel R Levinson at the Office of the Inspector General for the US Department of Health and Human Services (HHS). Subsequent events convince me that my letters have been leaked to Dr Leape and Leapfrog. All government departments leak. In the case of HHS it is even less of a surprise given the particularly close association of HHS Secretary Kathleen Sebelius with Dr Leape and Leapfrog.

In 2012 both Secretary Sebelius and Dr Leape gave Keynote Addresses at the annual meeting of the American Medical Students Association. What is particularly striking is the fact that Secretary Sebelius funded Dr Leape's travel and speech to that private gathering **using public HHS funds.** (Exhibit O) American taxpayers would be correct to wonder why on earth they should foot the bill given that Dr Leape is a full Professor at Harvard - a wealthy private university - is a Founding consultant for Leapfrog - a private company - and is also the head of an Institute named for him at the private National Patient Safety Foundation, called the Lucian Leape Institute (http://www.npsf.org/about-us/lucian-leape-institute-at-npsf/) which has it's own set of major private donors.

The deliberate awarding of Federal **legitimacy** by Secretary Sebelius is unmistakeable and undeniable. Secretary Sebelius has already proved her conscious disregard for Federal law, for which she underwent a "remedial course in Ethics" in lieu of resigning and being prosecuted and who was also properly reamed by Federal Judge Korman for actions that **"called into question her good faith"**.
(https://www.nyed.uscourts.gov/sites/default/files/opinions/Tummino%20SJ%20memo.pdf)

Given my complaint to the Inspector General as well as the pointed rebuttals from honest Hospitals, Leapfrog felt the need to further cloak itself in an additional veneer of legitimacy, this time by declaring it's Score to be the only "Peer Reviewed" hospital ranking system in the business.

This is **Core Falsehood #4** - that anything from Leapfrog is actually "peer reviewed".

"Peer Review" is a process designed to root out scientific errors as well as false claims. Replicability is at the heart of scientific experiments and data. Data fraud is a massive problem in academic medicine currently, with only 11% of cancer research papers for example being replicable and credible.
(http://www.nature.com/nature/journal/v483/n7391/full/483531a.html - Begley CG and Ellis LM)

The reason the other 89% got published in so-called "peer reviewed" journals is because of *quid pro quo* arrangements between the authors and the journal's reviewers. The authors serve as reviewers in other "peer reviewed" journals and would return the favour either by publishing the reviewers' papers or influencing NIH grants.

The blog Retraction Watch keeps a running tally of fraudulent papers that have been retracted.
(http://retractionwatch.wordpress.com/)

When an entity claims it's data has been "peer reviewed" one is supposed to assume the data has been vetted and deemed credible by independent analysts who have no conflict of interest or any 'skin in the game'. Given what we know about Leapfrog and Harvard it is impossible already to take Leapfrog's claim at face value. A closer look easily proves that Leapfrog is again deliberately lying in an effort to protect it's massive fraud.

The paper in question was authored by..... Dr Leape. And it was published in the Journal of Patent Safety.

The Editor-in-Chief for this "peer reviewed" medical journal, Dr Charles Denham, is the Chairman of the Leapfrog Group Safe Practices Program and presumably is well compensated by Leapfrog. Dr Denham also sits with Dr Leape at the 'Center for Patient Safety Research and Practice' at Harvard for which he is the Executive Chairman.
(http://www.patientsafetyresearch.org/exec_council.htm)

The Associate Editor for this "peer reviewed" medical journal, Dr David Westfall Bates, has co-authored numerous papers with Dr Leape in other "peer reviewed" medical journals. He is also Professor of Health Policy and Management at the Harvard School of Public Health right alongside Dr Leape and also is on the Executive Council at Harvard's 'Center for Patient Safety Research and Practice' alongside Dr Denham and Dr Leape.

This is what Harvard Professors call "Peer Review".
Honest people would instantly identify this as clear unalloyed absolute bad-faith fraud. When the Court forces this "peer reviewed" medical journal to reveal the names of the alleged reviewers doubtless that too should be fascinating, if one can believe the list provided.

This "Peer Reviewed" study has now been glowingly promoted by the other stalwart of Patient Safety, Dr Ashish Jha, who also happens to be at the Harvard School of Public Health and was recently elevated to full Professor thanks to his deep collaboration with Dr Leape, with whom he also serves on the Leapfrog Blue Ribbon Panel.

Naturally, this new Core Falsehood has joined the older Core Falsehoods in being endlessly repeated in every press release and written statement about Leapfrog and in the writings of the Blue Ribbon Panel members.

Clearly, this sort of "Peer Reviewed Score" is not anywhere close to a properly "validated score"!
It is a deliberate fraud! An exercise in undeniable Bad Faith. The very definition of 'scientific dishonesty'.

The Court will recall that the original papers by Dr Leape in 1991 were published in the New England Journal of Medicine. Leapfrog's expensive lawyers from Ropes & Gray or Mintz Levin perforce must claim that the Journal is ultra-prestigious and has a high Impact Factor.

The Journal also is a creature of Harvard, resides physically on Harvard's campus right next to Leape and Jha at the School of Public Health, and has retracted published articles in the past. (http://www.nejm.org/medical-articles/retraction) In 2000, NEJM was also forced to publicly apologize for violating it's own Conflict of Interest policies 19 times over the previous 3 years. (AP Report - http://jan.ucc.nau.edu/~phi332-c/class/competence/suicide/Medical%20Journal%20Apologizes.html) Just being published in NEJM is no guarantee that the paper is real.

Secretary Sebelius is not the only powerful person within the Federal government to publicly extoll Leapfrog and knowingly perpetuate the Core Falsehoods. Dr Donald Berwick was the recess appointee serving as the Administrator for Medicare when he penned a letter congratulating Leapfrog on it's 10th anniversary. Dr Berwick collaborates closely with Leapfrog and knows as well as I do that Dr Leape is a total fraud. People will not realize that from his letter, which carefully reiterates the Core Falsehoods. (Exhibit P)

It was personally breath-taking for me to read Dr Berwick's letter, written on official Federal Government letterhead, exhorting hospitals to report their data to the Leapfrog Group, a wholly *private* entity that is competing with a national survey that is funded by HHS itself! **The message could not be clearer that the Center for Medicare Services under Dr Berwick was now a captured agency, exactly what Harry Markopolos discovered about the SEC in the Madoff fraud, and that Dr Berwick was sure he would not be held accountable.**

These consciously fraudulent actions and statements have massively adverse consequences for ordinary Americans in the real world. Helen Bousquet and her loving only son Brian Evans chose Steward Healthcare's Holy Family Hospital solely because they believed the hospital had to be excellent in order to receive a Leapfrog Safety Score of A. They were directly and totally misled by this massive and active fraud and as a result Ms Bousquet is dead way before her time and Mr Evans has lost his mother suddenly and in a totally wanton manner.

Mr Evans proved that he had been misled by Leapfrog when he asked Leapfrog CEO Leah Binder how they could give Holy Family Hospital a Leapfrog Score of A when clearly it is a shoddy hospital. At that point he had not understood Leapfrog at all.

8

I trust my report demonstrates to the Court why it is impossible for Mr Evans and others to obtain relief within both the Commonwealth of Massachusetts and the District of Columbia. The Massachusetts DPH investigator who instantly dismissed Mr Evans' complaint and absolved for-profit Steward Healthcare of any responsibility for Ms Bousquet's death turned out to also be the Federal Medicare investigator for Massachusetts and instantly dismissed the Federal complaint as well. It made a mockery of the very concept of Federal oversight and proved the capture of HHS. As I wrote to HHS Inspector General Daniel Levinson, now hospitals need to bribe just one person, not even two.

The situation on the Executive Branch side has just become even more dire with the recent loss of 400 personnel (20% of workforce) from the HHS Office of the Inspector General due to lack of money for enforcement of the law. This is despite the fact that HHS OIG is responsible for oversight of 24 cents of every federal dollar spent and returns $7.90 to the Treasury for every dollar it spends on oversight. OIG testified to the Senate Committee on Homeland Security and Government Oversight recently that fraud is guaranteed to increase over the next year and that it will go unpunished. OIG also published a document breaking down the various investigation areas that have been cancelled wholesale, including audits of hospitals. (Exhibit Q) Oversight by OIG has clearly been deemed undesirable.

Furthermore, the President of for-profit Steward Healthcare at the time Ms Bousquet was needlessly left to die, Mr John Polanowicz, is now the Secretary of Health for Massachusetts.

Given that hospitals in the State of Hawaii are also participating in the Leapfrog score system, for various motives of their own, it is assured that the calamity that fell on Ms Bouquet and her son shall be visited upon residents of Hawaii as it will upon residents in all 50 states in the Union.

Respected Judge, it is vital that this blatant fraud be dismantled now. Given the entrenched power relationships (both within and outside Government) of this corrupt organization clearly engaged in racketeering and it's conscious efforts to stay one step ahead of public accountability, it falls on this brave Court to provide relief to Mr Evans and all the other innocent residents of the State of Hawaii. I respectfully pray this Court does so at the earliest. We should not wait for many more patients to die needlessly, an outcome that is currently assured.

I attest under the pains and penalties of perjury that my report is true to the best of my knowledge and is presented to this Court in full good faith.

Yours respectfully,

*Bharani [signature]*

Bharani Padmanabhan MD PhD

Signed in Brookline, Massachusetts on 07/29/2013 in the presence of a Notary Public.

On this 29th day of JULY, 2013, before me, the undersigned Notary Public, personally appeared BHARANI PADMANABHAN who proved to me with satisfactory identification, which was MA D.C. to be the person who signed on the preceding or attached document in my presence.

(Notary Sig / Seal)

PRAMOD RANA
Notary Public, Commonwealth of Massachusetts
My Commission Expires May 29, 2020