# scleroplex inc.

**Bharani Padmanabhan MD PhD**
**Multiple Sclerosis Neurologist**
30 Gardner Rd. Suite 6A, Brookline MA 02445
+1 617 566 6047 phone + fax

29 July 2013

SWORN AFFIDAVIT (8 pages)
in the matter of
Brian Evans v. Leapfrog Group, Leah Binder, Robert Wood Johnson Foundation

# Exhibit B

PRINT PDF ARCHIVE    AD RATES    PODCASTS    YOUTUBE    AUDIO    PHOTOS    MONTHLY ARCHIVE    100 LATEST POSTS    F

# LeapFrog Group Ratings Are Bought and Paid For

By: Dr. Padmanabhan – May 2013

This is the first of a series of occasional columns on medical corruption, an issue that affects us all.

Readers of the Valley Patriot are aware of the totally avoidable death of Brian Evans' mother, an incident reported on exclusively by this paper. The issues raised by this incident have far-reaching implications for everyone in Massachusetts and the country. I shall focus on one in this column.

Brian chose Holy Family Hospital as the place to provide his mother's medical treatment based on a quality ranking of A, certified by a consultancy called the Leapfrog Group in Boston. Leapfrog issues rankings in the form of grades A, B, C etc. We are supposed to believe that Hospitals ranked A by Leapfrog provide excellent care and are a safe place to take our loved ones to.

Let us now examine that assumption.

The Leapfrog Group consultancy was founded by Dr. Lucian Leape at the Harvard School of Public Health. Interestingly his webpage at Harvard says many things but neglects that little detail [http://www.hsph.harvard.edu/lucian-leape/]. Through the auspices of a private nonprofit organization that calls itself the Institute of Medicine, Dr. Leape published a report on the vast danger of medical errors and recommended his consultancy by name in this report to help hospitals reduce errors.

Leapfrog on the other hand, advertises to the hilt the names of Dr. Lucian Leape and his colleague Dr. Ashish Jha, also at Harvard, as a way of legitimizing its rankings. We are supposed to believe that a Leapfrog rank of A actually means that the hospital provides the highest quality care possible, and provides the highest level of patient safety because it is associated with Dr. Leape and Dr. Jha at Harvard. The report in the Boston Globe last year on Leapfrog's rankings certainly gave us that impression.

Leapfrog's rankings are sought after by hospitals because of the huge sum of cold cash that accompanies a Leapfrog ranking of A. The cash comes from all of us via Medicare and private insurance companies who set aside a sum every year as a reward for hospitals who get a Leapfrog ranking of A. Typically, this bonus payment is in the hundreds of thousands of dollars every year.

Obamacare helps Leapfrog directly by further docking payment to hospitals who do not get a high rank. US Health Secretary Kathleen Sebelius and Dr. Leape together headlined last year's annual meeting of the American Medical Students Association. And Sebelius' Department of Health and Human Services paid for Dr. Leape's keynote address at that symposium. Our tax dollars at work, directly paying for a generation of new doctors trained to unquestioningly worship at Dr. Leape's altar.

Leapfrog of course does not issue it's A for free. You have to pay them. But you pay them happily because you know Medicare and private insurance are going to shower you with bonus payments that will more than make up for the initial purchase of the Leapfrog ranking. It is no different from people throwing their money at Bernie Madoff.

That's how it works.

What Brian Evans tragically discovered when his mother was left to die at Holy Family Hospital despite a Leapfrog ranking of A is what I personally discovered when I worked at Cambridge Hospital, also a happy recipient of an A from Leapfrog.

In Cambridge's case, a hospital that commits major medical errors and refuses to do mandatory analyses of them or report them to relevant authorities, the irony is even richer as Dr. Lucian Leape is a Trustee of the hospital himself and has published finger-wagging papers on changing the culture of medicine using Cambridge as an example to be emulated.

The latest press release from Leape's Institute, from March 10, 2013, includes his statement -

"Because they are powerful role models, all clinical faculty need to be the kinds of physician we want our students to become," said Dr. Leape.

Of course Cambridge had to get a Leapfrog rank of A. It would take the shine off the rank considerably if Dr. Leape's own hospital did not. The entire scheme would be at risk.

In the category called Leadership Structures and Systems, it is described as follows -

"Leadership failure is one of the most frequent causes of unexpected events that cause the injury or death of a patient. Studies reveal that failure in reliability and systems performance stems from inconsistent execution. Leadership structures and systems must be established to ensure: organization-wide awareness of patient safety performance gaps, direct accountability of leaders, investment in performance improvement abilities, and that action is taken to ensure safe care of every patient.." Dr. Leape's Cambridge Hospital has been awarded the full 120 marks out of 120, the same as Massachusetts General Hospital.

After all, that category deals directly with Dr. Leape himself.

It is no wonder thus, that Brian Evan's mother was neglected to death by a hospital with a Leapfrog ranking of A. Any Hospital has good and bad staff and errors can slip in, but simply going by a Leapfrog ranking of A is sheer folly…and you are unlikely to learn this from the Boston Globe.

Dr. Padmanabhan is board certified Neurologist who specializes in Multiple Sclerosis in the Boston area. You can reach him at scleroplex@gmail.com

# Is LeapFrog Group Ratings Bought and Paid For? PART II

**Dr. Padmanabhan**
VALLEY PATRIOT GUEST COLUMNIST

Last month I introduced readers to the fraud known as the Leapfrog Quality Rank and how it gives hospitals a way to steal millions from taxpayers via Medicare, as well as from all of us via insurance premiums.

The Leapfrog concept was the brainchild of Harvard's Professor Lucian Leape who hit upon scaring physicians into thinking they kill 100,000 patients every year and that by hiring Leapfrog, the consultancy that he founded, the matter would be resolved to the advantage of both. The 100,000 number itself is the definition of dubious. Dr. Leape's original paper gave the range as 48,000 – 98,000 deaths a year, a suspiciously broad range. This was helpfully rounded up to 100,000 by the folks employed to drive up business, who never ever mentioned the 48,000 again, a telling omission. The patients themselves naturally got lost along the way.

For a fraud to be successful, it has to create the desired aura, the look and feel, the authenticity that movie directors strive for. And the creator of the fraud must be regarded as a pillar of society, like Bernie Madoff. The fake aura and impression is then actively reinforced by endlessly repeated statements extolling the creator of the fraud, initially by persons benefitting from the fraud and then by fellow travelers - statements such as "Dr. Leape is a World Leader in Patient Safety." The fraud is then helped further by getting into bed with politicians, especially those with rule-making power in the realm of healthcare like Secretary Kathleen Sebelius in Washington DC, or members of the Massachusetts Congressional delegation.

In this column, I shall concentrate on Cambridge Hospital, the public hospital run by Cambridge that allows Dr. Leape to pose as the World Leader in Patient Safety. As a hospital Trustee affiliated closely with longtime Chief of Medicine, Dr. David Bor, Dr. Leape has enormous influence over the workings of the place. It also serves as the locale for his writings, much like Lake Wobegone in Garrison Keillor's musings, writings that are as fraudulent as Bernie Madoff's monthly statements.

One of Dr. Leape's most famous and oft-repeated statements, based he claims, on the ongoing experience of special teams he has set up at Cambridge Hospital, is that root cause analysis of major errors in hospitals must be non-punitive. Meaning the individuals who committed the error should not be named and shamed as this prevents people from exposing the error allowed by the system. It is, in other words, hate the error, and love the error-maker. What we are told is that all major errors at Cambridge Hospital are religiously chased down, analyzed, and lessons are learned from them from a systems perspective, which Dr. Leape then publishes for the benefit of humanity.

I worked at Cambridge Hospital for three years and I did not ever see this in action. I encountered numerous egregious errors where patients were exposed to significant harm. No root cause analysis was done, be it punitively or not. And truth-tellers are harshly retaliated against, including falsely reporting to the Board of Medicine that the truth-teller sold prescriptions to known drug addicts, and then bribing the Massachusetts Dept. of Public Health's own attorney, Mr. James Paikos, to mislead the Board into hanging the truth-teller.

Also, major errors are not reported to the Massachusetts DPH. Now, the death of Brian Evans' mother has proved that the Massachusetts DPH does not at all care about major errors by hospitals either, but the requirement to report them is still on the books.

The warmth of the relationship between Cambridge Hospital and DPH is evidenced by Secretary Judy Ann Bigby appointing Cambridge Hospital's own Dr. Julian Harris as the Director of MassHealth, the very day after he finished residency training. This was before she herself had to be fired over the massive number of meningitis deaths as well as the Annie Dookhan state lab scandal, both of which harmed hundreds and occurred



Dr. Lucian L. Leape, founder of the LeapFrog Group

under her leadership. Dr. Julian Harris of course, soldiers on. And the Massachusetts Inspector General has officially declared he is too scared of litigation to investigate any wrongdoing at either MassHealth or Cambridge Hospital.

Cambridge Hospital's errors thus provide us with a unique opportunity to see Dr. Leape's various pronouncements in practice. The rhetoric, incessantly repeated by Dr. Leape and his various

**LEAPFROG: PAGE 38**



**Broadhurst Tabit LLP**
ATTORNEYS AT LAW

Arthur J. Broadhurst

45 OSGOOD STREET
METHUEN MA 01844

(P) 978-327-5128
(F) 978-327-5144

email: broadhursttabit@broadhursttabit.comcastbiz.net



**The Irish Cottage**
Restaurant & Pub
1111 Riverside Drive, Methuen MA 01844

Happy Spring!!
Come in and try our New Spring Specials.
Traditional Live Irish Music Every Thursday and Saturday.
You can make reservations on-line or by calling 978-208-4347
Don't forget on Sunday Mornings we offer an all you can eat
Breakfast Buffet with Omelet Station along with our
Full Top of the Morning Breakfast Menu.
Springtime Offers Below
These offers cannot be combined
With any other offer. Not valid towards alcoholic purchases.

$5 Off — A purchase of $25 or more. Not valid towards alcohol.
$10 Off — A purchase of $50 or more. Not valid towards alcohol.



Breakfast & Lunch
*Carleen's*

Thirty years serving the Merrimack valley
*Great food & friendly staff
*Open 7 days a week

Breakfast all day
Lunch Monday thru Friday

978-682-3466
carleens.com
209 South Broadway, Lawrence Massachusetts 01843

facebook.com/valleypatriot

## FROM PAGE 5: ANDREW MAYLOR

assets like computers and Blackberries and things that are given out to the schools and the employees? We hear a lot of complaints in cities, especially like Lawrence and Haverhill, that the schools are giving out laptops for the kids and there's no tracking them. I know towns are a little different, so I'm just wondering if you guys have a …

MAYLOR: We have an asset tracking system. Every asset that's deployed is bar coded. I was just looking at the side of that desk. There's a barcode on that. There's a barcode on the conference room table here. There's a barcode on the more portable assets. We keep track of inventory like that. Our central IT shop has been the centerpiece for doing that.

The law changed a little bit. The accounting rules changed some years ago where communities were required to actually place their fixed assets on their balance sheets in a concrete way, not just an estimate.

So, about a decade or so ago communities actually had to keep track of all physical assets, not only critical assets like technology, but believe it or not, even our pipes and streets. What's the age? What's the length? And some communities were more aggressive about complying with that. North Andover has done a really effective job. We have an asset inventory and asset software program that identifies all those. The world is changing, so our assets are becoming more portable. That becomes tricky. It does.

You track that stuff, but at the end of the year, comparing what you began with to what you ended with and then trying to figure out in between if the phone broke, the iPad broke, becomes tricky. I think we're taking sort of a measured approach on big [things]. I'm very hawkish on technologies. You see some of the changes to the meeting room. We can now do things in a way that is more consistent with the private sector view on things: we didn't have WiFi in this building before I arrived. We have WiFi. We now have an iPhone/Droid app that you can use to identify potholes or other complaints you may have and send them directly to Public Works.

But with that comes a little bit of a risk about the portability of the assets. So it's not a perfect system, but trying to keep track of the assets with an asset tracking system helps.

VP: Do you get frustrated at all about the way the school system and the School Committee operates? They negotiate a contract with the Union that's far and above what's in their budget, and they have to come to the town and ask for more money to pay for something they've already committed to giving away in a signed contract.

MAYLOR: Well, my experience here has been that the communication between the Selectmen, the School Committee, the Administration, and myself has been good. If I had to note one thing that stands out in a positive way, it's been that [the communication] with the schools.

VP: Really?

MAYLOR: I meet weekly with the Superintendant and the Business Manager, or whatever we call Jim Miller these days in the schools. We talk candidly. We have those discussions. The School Department adopted a budget last night. I think it reflects a reasonable balance of "We need all this" vs. "What we have". And those conversations, I think last year is an example. There's been sort of a circular practice here, of using the Budget Communications Group. It was a, "Let's lock ourselves in a room until we can figure out how to balance what you want vs. what I want."

Last year, we didn't use it. Last year, we were able to talk through the priorities, the balance and the needs. It goes through sustainability piece. Last night, the School Committee voted as part of their budget, $150,000 to a reserve fund to deal with the fluctuations in special education.

When's the last time a School Committee voted anything to a reserve fund? Not in my experience, right? It's complicated. So as part of their core service, they said, "We want to set aside $150,000 in the reserve fund, so next year, when we get an out of district placement, or something unusual, we're not taking it from something else." I think that is the result of the really positive communication that we sit there and say, "We're trying to be sustainable. We're not spending every nickel we have. We have set it aside. We sort of expect you to do the same."

It's been really great. We don't agree on everything. I wouldn't do everything the same way. I wish I had bottom line spending like superintendents have, you know, but the relationship's been great.

VP: How much more are they spending this year??

MAYLOR: I think their request was $4.12M.

VP: Is the majority of that salary?

MAYLOR: Yes, usually. Schools are different than towns in the fact that they are 80% or so employee based, so therefore it's salary driven and you go up with that. So if you just applied that math across the increases on what they get year to year, they're 80%, you know, they're well over a $1,000,000 in salary related stuff.

The Town is a little more balanced, more like 60/40. The nature of what they do is different, and you have to get that up front. Again, we're not going to agree on everything, on every approach. I will tell you, to date, the relationship has been good.

VP: Good.



## FROM PAGE 16: LEAP FROG GROUP

as yet un-indicted co-conspirators, is that all individuals in a hospital setting "own" safety. Much drum-beating has taken place over the term "disruptive physician," a physician who is not a good member of the team. If only all physicians would be good team players, says Dr. Leape, patient safety shall bloom.

Let us examine how that worked in the one incident I shall analyze here.

A patient of mine, whom I had diagnosed with multiple sclerosis after his second MS attack, came from home by ambulance to Cambridge ER after calling 911. He had woken up paralyzed on his right side. When he arrived at the ER, he still could speak, and asked the staff for me by name. He also informed the nurses and doctors that he had MS and that this was his third bad attack.

The ER staff never called me despite the patient's clear wishes. He was instead seen by the new Chief of Neurology at Cambridge, who told him that as he had been diagnosed with MS by a doctor from the Third World, she was pretty sure he could not have MS. An MRI scan of his brain was done and showed that he did not have a new stroke. The hospital's computer system was full of details about his MS and the previous brain scans. But the Chief went ahead and declared that he had a new stroke and gave him the clot-buster t-PA anyway.

Now, t-PA is a dangerous drug when not handled properly, meaning given to the wrong patient. Numerous people have bled to death from it, which is why patients should meet strict criteria to be given t-PA. Here is where one can look around to see Dr. Leape's "Culture Of Safety" in action in real life in his own hospital.

The patient-centered ER nurse did not object to an MS patient being given t-PA when the MRI showed no new stroke, the intern did not object, the ER's attending physician did not object, the pharmacist did not object and my patient was given a drug that kills people, a drug he clearly did not need. Clearly all of them were excellent team players. Not even ONE disruptive person on the team! A true "Leape Ahead" success story the Boston Globe would declare. Members of the American Medical Students Association surely would approve.

In reality, there is no "Culture Of Safety" in evidence at Dr. Leape's own hospital. No one "owns" safety. There is no system. Just as Bernie Madoff did not really have a system.

Dr. David Bor, having been Chief of Medicine there for almost 30 years, on a government salary, surely must know the whole thing is a fraud too. Perhaps that explains his longevity at that post.

When you look at the massive fraud that Dr. Leape sustains via Leapfrog on the basis of his public reputation and writings about Cambridge Hospital, it becomes very clear why there was no way they were going to report this major error. A multimillion dollar scam rides on this false reputation. Madison Avenue's brand managers don't come even close to the folks who maintain a massive and heartless healthcare fraud on the Leape brand name alone.

My previous article made clear that this fraud is nationwide. It affects every single person who takes a loved one to a hospital, in addition to stealing from all our taxes and premiums. For this, we can thank Obamacare and Kathleen Sebelius, a person officially declared by a US Court to act in deliberate bad faith, and who has spent scarce public tax dollars to pay for Leape to travel the lecture circuit, as well as mislead people into thinking he is US Government-approved. Even Bernie never had that.

Readers in Massachusetts surely remember the impact on car insurance premiums from the massive fraud involving fake accidents, corrupt doctors and chiropractors. When the fraud was shut down, our car premiums decreased by $875 MILLION, according to the Insurance Fraud Bureau of Massachusetts. One can only marvel at how much our health insurance premiums will decrease when the Leapfrog fraud is shut down.

Investigating the financial arrangements, in the US and offshore (http://www.icij.org/offshore), of Leapfrog, Dr. Leape, his un-indicted co-conspirators and his Cambridge Hospital would be a great place to start.

*Dr Padmanabhan is a Board Certified neurologist who specializes in multiple sclerosis in the Boston area. He may be reached at scleroplex@gmail.com*

## KITTIES: FROM PAGE 36

and also build a relationship with your local petcare business. Wiggles & Jiggles Loves ALL pets!

8. Family evacuation plans - include you cats and all your family pets in your designated family evacuation plan. You just never know what Mother Nature will toss our way. Be prepared: travel crate, extra food, collar, tags and have your cat microchip. In case of an emergency this will help you to be able to keep your cats from being displaced from you during an emergency.

Now go "Save a Life and ADOPT"



*Tracey Zysk, owner of Wiggles & Jiggles Pet Care in North Andover MA is a local pet care professional. She has been featured on local radio, tv and newspapers educating the general public on animal care and animal health & wellness. Tracey is a proud supporter of Police, Fire & Military K9 units. Tracey may be reached at wigglewalk@comcast.net. Become a fan on facebook at Wiggles & Jiggles Pet Care.*