## scleroplex inc.

**Bharani Padmanabhan MD PhD**
**Multiple Sclerosis Neurologist**
30 Gardner Rd. Suite 6A, Brookline MA 02445
+1 617 566 6047 phone + fax

29 July 2013

SWORN AFFIDAVIT (8 pages)
in the matter of
Brian Evans v. Leapfrog Group, Leah Binder, Robert Wood Johnson Foundation

# Exhibit H

Case 1:13-cv-00269-SOM-BMK Document 27-8 Filed 08/02/13 Page 2 of 5
PageID.209
Making As: Leapfrog Group grades hospitals on patient safety – Boston.com 29/7/13 12:23 PM



Search

| HOME | TODAY'S GLOBE | NEWS | YOUR TOWN | BUSINESS | SPORTS | LIFESTYLE | A&E | THINGS TO DO | TRAVEL | CARS | JOBS | REAL ESTATE |

Local   National   World   Politics   Education   Your Campus   Opinion   Health   Obituaries   Special reports   Classifieds   Lottery   Weather   Traffic

# White Coat Notes
News from the Boston-area medical community

PATIENT SAFETY , HARVARD UNIVERSITY

## Making A's: Leapfrog Group grades hospitals on patient safety

Tweet  10

By Chelsea Conaboy , Globe Staff

In an effort to give patients a simple way to judge the safety of hospitals, the Leapfrog Group has graded hospitals across the country on how well they do preventing medical errors that kill tens of thousands of people each year.

Massachusetts hospitals received the highest average score in the country, with none receiving a grade lower than a C. Leapfrog Chief Executive Leah Binder said the grades were modelled after those posted in New York restaurants to steer diners away from the dirtiest kitchens.

See the full story on BostonGlobe.com, and be sure to check out the map showing how Massachusetts hospitals fared.

The grade are based on up to 26 patient safety measures, including nurse staffing levels, processes for preventing infection and medication errors, and the rates of patient injuries, bloodstream infections, or surgical errors.

Leapfrog got input from experts in the field, including Dr. Lucian Leape, Harvard professor and chairman of a national patient safety institute named for him, Dr. Peter Pronovost of Johns Hopkins, and Dr. Ashish Jha, associate professor of health policy at Harvard School of Public Health.

Jha said Tuesday he had worried that the grades would label teaching hospitals categorically unsafe. Large teaching hospitals typically care for sicker patients and, as a result, can have less favorable outcomes in certain quality measures.

But, Jha said, that didn't happen. One-third of major teaching hospitals in the United States and about 28 percent of non-teaching hospitals received an A grade, according to an analysis by his office. Thirty-five percent of for-profit and 29 percent of private nonprofit hospitals received an A.

While this doesn't apply to Massachusetts, Leapfrog has chosen to give those hospitals that received at D or an F time to respond before their names are released later this year, Binder

### About White Coat Notes



White Coat Notes covers the latest from the health care industry, hospitals, doctors offices, labs, insurers, and the corridors of government. Chelsea Conaboy previously covered health care for The Philadelphia Inquirer. Write her at cconaboy@boston.com. Follow her on Twitter: @cconaboy.

- Daily Dose | More Health&Wellness

#### How do I pick the right sunglasses?
Most of us look for flattering frames when picking out sunglasses, but shades are more than a fashion statement. They also protect your eyes from damaging UV radiation.
Submit a question

### Health&Wellness video



Alternative Medicine: The Healing Power of Salt

  

Alternative Medicine: The Healing Power of Salt | Receding 'Heir' Lines: Is Hair Loss Hereditary? | Work It Out, Boston: SUP Yoga

### Health Search
FIND NEWS AND INFORMATION ON:

-- Conditions and diseases --

SEARCH OUR ENTIRE HEALTH ENCYCLOPEDIA

Case 1:13-cv-00269-SOM-BMK    Document 27-8    Filed 08/02/13    Page 3 of 5
                                        PageID.210
Making As: Leapfrog Group grades hospitals on patient safety - Boston.com                29/7/13 12:23 PM

said.

*Chelsea Conaboy can be reached at cconaboy@boston.com. Follow her on Twitter @cconaboy.*

**Get Updates**

My Yahoo

RSS Feed

- Learn about RSS

Tweet  10

**RELATED CONTENT**                                          by Taboola


**Tom and Gisele sightings**
Boston.com


**Pastor Mocked for His 'Biblical Money Code,' Gets Last Laugh**
Moneynews


**5 Richest Women In The U.S.**
Investopedia


**Surprising Abraham Lincoln Descendants Discovered**
ancestry.com

**Archives**

Select a month

**Browse this blog**
BY CATEGORY

Affordable Care Act
Beth Israel Deaconess
Boston Medical Center
Boston University
Brigham Womens
Broad Institute
Cambridge Health
Childrens
DanaFarber
Drugs and Devices
Harvard University
Health IT
Insurance
Joslin
Lahey
Mass Eye and Ear
Mass General
Mass Health Law
McLean
Mental Health
MIT
New England Baptist
Partners Healthcare
Patient Safety
Public Health
Reflections from Residency
Short White Coat
Steward Health Care
Tufts Medical Center
Tufts University
UMass
UMass Memorial
VA Medical Centers

**FROM BOSTON.COM AND PARTNERS**

**Family Members Speak Out After Bride Killed in Crash During Honeymoon in NH** (Partner Video)

**Report: John Lackey 'double-fisting' beer in Red Sox clubhouse after loss** (Boston.com)

**Kerry Washington Secretly Marries NFL Star Nnamdi Asomugha** (Partner Video)

**Hospital: 1 of 3 Ohio women in good condition** (Boston.com)

**Shane Victorino contributing to Red Sox** (Boston.com)

**FROM THE WEB**

**The 5 Early Warning Signs of Prostate Cancer** (Newsmax Health)

**10 Medical Conditions That Share Symptoms With ADD/ADHD - ADHD** (Health Central)

**Top Medical Schools in the World | eHow** (eHow)

**7 Tasks Kids Should Do for Themselves** (Education.com)

**Ask Yourself: These Questions Will Tell if It's Just a Mood or Depression** (HealthiNation)

by Taboola


**TOP COMMENTS**

View all comments (2) »    |    Comment on this story »

**RobertFinneyPhD**
06/06/2012 12:06 PM

Patient Safety for Dummies

Doctors "gamble" with patients' lives, but don't let the patient in on the bet. All the emphasis on communication apparently excludes the patient from the requirement of informed consent in making all medical decisions, which is a legal requirement. HMOs and medical groups are obsessed with protecting doctors from the consequences of medical errors.

Kaiser Permanente really does gamble with patients' lives, including rewarding schedulers for not giving patients appointments, drive-thru deliveries, lying to kidney transplant patients, allowing social workers to prescribe drugs without psychiatrists' permission, failure to report sexual molestation of women patients… and most recently leaving a towel inside a patient.

In the Permanente Journal (Kaiser's own publication), a Kaiser patient safety doctor admits that the health plan is the third party in the exam room, controlling the doctor-patient relationship, including the relationship between patient safety and cost to the

**HEALTH EVENTS**
                                        Sponsored
8/14  12 PM  DSM-5 & Eating Disorders
Cambridge Eating Disorder Center, Cambridge

7/29  9 AM  Salem Ferry
Boston Harbor Cruises, Boston

7/29  9 AM  Codzilla
Boston Harbor Cruises, Boston

8/03  7 PM  Rodrigo y Gabriela
House Of Blues, Boston

8/09  9 AM  Free Ferry Days at the Boston…
Boston Harbor Islands National Park Area, Boston

MORE HEALTH EVENTS

**HEALTH RESOURCES**

Case 1:13-cv-00269-SOM-BMK   Document 27-8   Filed 08/02/13   Page 4 of 5
                                             PageID.211
Making As: Leapfrog Group grades hospitals on patient safety – Boston.com                      29/7/13 12:23 PM

health plan.

Original investigations posted on www.hmohardball.com

Robert Finney PhD



**JEngdahlJ**
06/07/2012 06:24 PM

Medical errors research in latest Health Affairs. Society of Actuaries study indicates more than 2 million patient injuries each year. http://www.healthcaretownhall.com/?p=3809

**Please log in to comment »**

« Back to front page

- DISEASES **About.com disease information**
- SYMPTOM CHECKER **What your symptoms could mean**
- DRUGS A-Z **Side effects, drug interactions, and more**
- LAB TEST INTERPRETER **What your lab results mean**
- NATURAL MEDICINE A-Z **Safety of herbs, supplements**
- FLU.GOV **Government flu information**
- BODY MASS INDEX CALCULATOR **Adult | Children**
- CDC.GOV **Centers for Disease Control and Prevention**

**Be Well Boston on Twitter**

Don't forget our chat on seasonal #allergies. Happening NOW! http://t.co/N3kDJifTQK http://t.co/tHjLgEZrkv 48 days ago

Oh, the perils of #greek #yogurt: What you read is not always what you get: http://t.co/Ni84sclvSf 48 days ago

Can you guess baby Rolensky's diagnosis? http://t.co/yccquRLaER http://t.co/4Jeg5O05xs 48 days ago

Imposters! When Greek yogurt is not really

**FOLLOW BEWELLBOSTON ON TWITTER**
Follow @BeWellBoston   10.9K followers   More...

**CONTRIBUTORS**

**Gideon Gil**, Health and Science Editor
**Elizabeth Comeau**, Senior Health Producer
**Liz Kowalczyk**
**Kay Lazar**

**Related Links**

| | |
|---|---|
| **A Healthy Blog** | **Nature Network Boston** |
| **Alison Bass** | **Not Running A Hospital** |
| **Carlat Psychiatry Blog** | **Vicky McEvoy, M.D.** |
| **Dr. Gwenn Is In** | **WBUR's CommonHealth** |
| **HealthBlawg** | |
| **Hemodynamics** | |
| **Kevin, M.D.** | |

---

**INSIDE BOSTON.COM**

| STREAMING SHOWS | FAST FOOD ODDITIES | WORK-LIFE BALANCE | PATS TRAINING CAMP | PLUS... |
|---|---|---|---|---|
|  |  |  |  | Blogs<br>Crossword<br>Comics<br>Horoscopes<br>Games<br>Lottery<br>Caption contest<br>Today in history |
| There's plenty to watch online even if you don't have a TV | Pop-tart ice cream sandwiches and other quirky items | These companies help their employees achieve balance | Scenes from the team's camp in Foxborough | |

---

Home | Today's Globe | News | Business | Sports | Lifestyle | A&E | Things to Do | Travel | Cars | Jobs | Real Estate | Local Search
CONTACT BOSTON.COM | Help | Advertise | Work here | Privacy Policy | Your Ad Choices | Terms of Service | Newsletters | Mobile | RSS feeds | Sitemap
CONTACT THE BOSTON GLOBE | Subscribe | Manage your subscription | Advertise | Boston Globe Insiders | The Boston Globe Gallery | © 2013 NY Times Co.

Case 1:13-cv-00269-SOM-BMK   Document 27-8   Filed 08/02/13   Page 5 of 5
                                                 PageID.212
Making As: Leapfrog Group grades hospitals on patient safety - Boston.com                    29/7/13 12:23 PM