**scleroplex inc.**

Bharani Padmanabhan MD PhD
**Multiple Sclerosis Neurologist**
30 Gardner Rd. Suite 6A, Brookline MA 02445
+1 617 566 6047 phone + fax

29 July 2013

SWORN AFFIDAVIT (8 pages)
in the matter of
Brian Evans v. Leapfrog Group, Leah Binder, Robert Wood Johnson Foundation

# Exhibit J

Case 1:13-cv-00269-SOM-BMK   Document 27-10   Filed 08/02/13   Page 2 of 3
                                              PageID #: 219
Hospital Safety Score hands out grades; Cleveland Clinic among a dozen Ohio hospitals with 'C' grade | cleveland.com                                       11/7/13 9:45 PM

IN YOUR COMMUNITY: JOBS   AUTOS   REAL ESTATE   RENTALS   CLASSIFIEDS   OBITUARIES   FIND&SAVE   LOCAL BUSINESSES

 cleveland.com
Powered by SUN NEWS

# Northeast Ohio

Set Weather

Sign in | Join

NEWS   LOCAL NEWS   BUSINESS   SPORTS   H.S. SPORTS   ENTERTAINMENT

**Top Stories**

 **Persistent rains hamper farmers, gardeners**

 **Unemployed homeowners with underwater mortgages willing…**

 **Cleveland street performers can now play legally for…**

Home (http://www.cleveland.com) > Health and Fitness (http://www.cleveland.com/healthfit/index.ssf) > Real-Time News (http://www.cleveland.com/healthfit/index.ssf/real_time_news/index_5.html)

# Hospital Safety Score hands out grades; Cleveland Clinic among a dozen Ohio hospitals with 'C' grade

Published: Wednesday, June 06, 2012, 4:01 PM    Updated: Monday, June 11, 2012, 8:44 AM

 (http://connect.cleveland.com/user/atownsen/index.html)

**By Angela Townsend, The Plain Dealer** (http://connect.cleveland.com/user/atownsen/index.html)
Follow

12   Share
Tweet  6   Email
      0   Print (http://blog.cleveland.com/health_impact/print.html?entry=/2012/06/hospital_safety_score_hands_ou.html)

CLEVELAND, Ohio -- How safe is your local hospital?

The Leapfrog Group, a national hospital rating organization put together by corporations and other large buyers of health care, has released its Hospital Safety Score list in an attempt to answer that question.

With a few online clicks, you can see how the group scored more than 2,600 hospitals in Northeast Ohio and across the country on patient safety.

Leapfrog used 26 measures of hospital safety to come up with its grading system.

But as commendable as the group is for highlighting the issue of patient safety, its new reporting method -- shifting from gathering only data that hospitals report voluntarily to instead looking at accurate but less recent data from the **Centers for Medicare and Medicaid Services** (https://www.cms.gov/Medicare/Quality-Initiatives-Patient-Assessment-Instruments/HospitalQualityInits/HospitalCompare.html) -- doesn't portray the most complete picture, said **Dr. Shannon Phillips** (http://my.clevelandclinic.org/staff_directory/staff_display.aspx?doctorid=5394), patient safety officer for the Cleveland Clinic, which received a "C" grade.

The Leapfrog Group

"The data has not caught up with the improvements in health care," she said. The Clinic's safety practices continue to improve, but those strides aren't reflected in the public data that Leapfrog used for its report, Phillips said. The Clinic decided not to participate in the survey this year.

Thirty-one hospitals in Ohio, including MetroHealth Medical Center, Mercy Regional Medical Center of Lorain, St. Vincent Charity Medical Center, University Hospitals Case Medical Center and four other

Connect with cleveland.com
What's this?
(http://…device)

All Facebook & Twitter accounts »
(http://www.cleveland.com/connect)

**From Our Advertisers**

Advertise With Us »
(http://www.cleveland.com/mediakit/)

**Popular Tags**    **What's this?**

cancer (http://topics.cleveland.com/tag/cancer/ind
cleveland (http://topics.cleveland.com/tag/cleveland/
cleveland clinic (http://topics.cleveland.com/tag/clev
Cleveland Clinic (http://topics.cleveland.com/tag/Cleveland%2520Cli
cleveland-clinic (http://topics.cleveland.com/tag/cleveland-clinic/index.html)   diabetes (http://topics.cleveland.com/tag/diabetes/index.html
flu (http://topics.cleveland.com/tag/flu/index.html)
health care reform (http://topics.cleveland.com/tag/health%25
health insurance (http://topics.cleveland.com/tag/health%2520insura
health news (http://topics.cleveland.com/tag/health%2520news/i
healthy eating (http://topics.cleveland.com/tag/healthy%2520eatin
medical news (http://topics.cleveland.com/tag/medical%2520news
metro news (http://topics.cleveland.com/tag/metro%2520news/i
metrohealth medical center (http://topics.cleveland.com/tag/metrohealth%2520
MetroHealth Medical Center (http://topics.cleveland.com/tag/MetroHealth%2520
netwellness

Case 1:13-cv-00269-SOM-BMK   Document 27-10   Filed 08/02/13   Page 3 of 3
                                                PageID: 220
Hospital Safety Score hands out grades; Cleveland C... among a dozen Ohio hospitals with 'C' grade | cleveland.com                                  11/7/13 9:45 PM

UH hospitals -- UH Geauga in Chardon, UH Richmond in Richmond Heights and partner hospitals St. John Medical Center in Westlake and Southwest General Medical Center in Middleburg Heights were given "A" grades.

Lakewood, Lutheran, Medina and South Pointe hospitals, all Clinic hospitals, scored a "B".

Nearly half of the 97 Ohio hospitals on the list received a "C" grade. Among them were five Cleveland Clinic hospitals -- the main campus along with Euclid, Fairview, Hillcrest and Marymount hospitals; Akron General Hospital, EMH Regional Medical Center in Elyria; Lake Health TriPoint Medical Center in Painesville; Parma Community General Hospital; Summa Akron City Hospital and University Hospitals Bedford Medical Center.

No one in Ohio received a "D" or "F."

Not every hospital in the United States is included in the Hospital Safety Score. Some, such as some specialty hospitals (i.e. children's hospitals and surgical centers), and hospitals located in Maryland (such as Johns Hopkins Hospital in Baltimore) and Puerto Rico, aren't required to publicly report on safety.

Because military and veteran's hospitals have a different way of reporting on safety, they are not included in the report; they publicly report on safety differently than other hospitals

"If we give great patient care, the measure will take care of itself," said Phillips of the Cleveland Clinic. "We really are trying to stay focused on high reliability."

Of the "C" grade, she said, "I think we're in good company with other institutions who are very strong."

Among notable hospitals across the country with the same grade, are Emory University Hospital in Atlanta, Mount Sinai Medical Center in New York, and St. Louis University Hospital in Missouri.

"If we're going to ask consumers and employers to use this [report] to drive where you seek care, we have to be cautious about that," Phillips said. "The conversation around this is very good, [but] warning that these hospitals aren't very safe? We have to take that with a big grain of salt."

Go to **hospitalsafetyscore.org (http://hospitalsafetyscore.org/)** to access the report. You may have to try a few times to access the site, which crashed several times on Wednesday due to high traffic.

**Related topics: akron city hospital (http://topics.cleveland.com/tag/akron%20city%20hospital/index.html), cleveland clinic (http://topics.cleveland.com/tag/cleveland%20clinic/index.html), elyria (http://topics.cleveland.com/tag/elyria/index.html), euclid (http://topics.cleveland.com/tag/euclid/index.html), lakewood (http://topics.cleveland.com/tag/lakewood/index.html), medina (http://topics.cleveland.com/tag/medina/index.html), metrohealth medical center (http://topics.cleveland.com/tag/metrohealth%20medical%20center/index.html), painesville (http://topics.cleveland.com/tag/painesville/index.html), parma community general (http://topics.cleveland.com/tag/parma%20community%20general/index.html), st. vincent charity medical center (http://topics.cleveland.com/tag/st.%20vincent%20charity%20medical%20center/index.html), university hospitals (http://topics.cleveland.com/tag/university%20hospitals/index.html)**

(http://topics.cleveland.com/tag/netwellness/index.h
nutrition (http://topics.cleveland.com/tag/nutrition/ir
obesity (http://topics.cleveland.com/tag/obesity/index.html)
stretching out (http://topics.cleveland.com/tag/stretching%2520ou
swine flu (http://topics.cleveland.com/tag/swine%2520flu/inde
university hospitals (http://topics.cleveland.com/tag/university%2520ho:
university hospitals case medical center (http://topics.cleveland.com/tag/university%2520ho:
university-hospitals (http://topics.cleveland.com/tag/university-hospitals/index.html)   you docs (http://topics.cleveland.com/tag/you%2520docs/inde
zachary lewis (http://topics.cleveland.com/tag/zachary%2520lewis

**Sponsored Links**

Share this story   (http...  ...n/cgi/...?
u=h...
                            entry=/2012/06/hospital_safety_score_hands_ou.html)

**More stories in Health and Fitness**

| Previous story | Next story |
|---|---|
| Slather on sunscreen to protect from UVA and UVB rays: NetWellness (http://www.cleveland.com/healthfit/index.ssf/...) | Cleveland Clinic CEO, 10 other execs create cost-saving healthcare ...Medicine_optimu.html#incart_mrt) (http://www.cleveland.com/healthfit/index.ssf/2012/06/cleveland_clinic_ceo_10_other.html#incart_m |

## Comments (12)

You must be logged in to comment                                Sign in with your cleveland.com or Facebook account (https://signup.clev
                                return_to=http%3A%2F%2Fwww.cleveland.com%2Fhealthfit%2Findex.ssf%2F2012%2F06%2Fhospital_safety_s