## scleroplex inc.

Bharani Padmanabhan MD PhD
**Multiple Sclerosis Neurologist**
30 Gardner Rd. Suite 6A, Brookline MA 02445
+1 617 566 6047 phone + fax

29 July 2013

SWORN AFFIDAVIT (8 pages)
in the matter of
Brian Evans v. Leapfrog Group, Leah Binder, Robert Wood Johnson Foundation

# Exhibit M



# Kuakini Health System
*A Health Care Organization*

April 6, 2013

Ms. Leah Binder, MA, MGA
President and Chief Executive Officer
The Leapfrog Group
1660 L Street NW, Suite 308
Washington, D.C. 20036

> RE: Correction of Source Data for Kuakini Medical Center, Medicare Provider Number 12-0007, in the Leapfrog Group Safety Scoring of US Hospitals, Third Release

Dear Ms. Binder:

Kuakini Medical Center (Kuakini), Medicare Provider Number 12-0007, located in Honolulu, Hawaii, has received your company's notice that the Third Release of The Leapfrog Group Safety Scoring of US Hospitals will include a scoring on Kuakini. As noted in our previous letter (dated October 22, 2012), Kuakini disagrees with (1) The Leapfrog Group's scoring methodology, (2) The Leapfrog Group's use of a scoring methodology that grades US hospitals based on a curve, and (3) The Leapfrog Group's inclusion of hospitals that do not participate in The Leapfrog Group Survey. For your reference, a copy of Kuakini's previous letter is attached.

Kuakini continues to question the objectivity and veracity of The Leapfrog Group in publishing incorrect data specific to Kuakini. Kuakini has reviewed the The Leapfrog Group's 2012 source data and find it mystifying that Kuakini is (1) not scored for the Measure: CPOE (Computerized Physician Order Entry), and (2) given a score of 5 out of 85 points for the Measure: ICU Staffing. The following are Kuakini's responses to the incorrect data reflected by The Leapfrog Group.

1. Measure: CPOE

    The accuracy and reliability of a scoring/rating methodology are both questionable and suspect if the data components are not complete, factual, objective, and current. There is a significant part of The Leapfrog Group's methodology that relies on hospitals (specifically for hospitals that do not participate in The Leapfrog Group's Survey) to have participated in the "voluntary" American Hospital Association Technology Survey. Kuakini was able to participate in the 2012 American Hospital Association Technology Survey, and Kuakini acknowledged having implemented a Computerized Physicians Order Entry (CPOE) system. As noted in Kuakini's previous letter to The Leapfrog Group, Kuakini implemented CPOE with medication orders and drug alerts in May 2009, and implemented medication reconciliation in February 2012. In the spirit of being accurate and objective, The Leapfrog Group should seek access to alternative data sources on hospitals such as data on US hospitals that have reached compliance with the Centers for Medicare and Medicaid Programs (CMS) mandated requirements for Meaningful Use Stage 1. This alternative initiative would have indicated that Kuakini completed attestation on August 2012 for the Meaningful Use Stage1 which includes the Federal government's requirement for CPOE.

2. Measure: ICU Staffing

Ms. Leah Binder, MA, MGA
April 6, 2013
Page 2

As noted in Kuakini's previous letter, Kuakini has contracted Intensivists services to provide 24/7 coverage for the ICU/CCU since 2006. Since Kuakini does not participate in The Leapfrog Group Survey, it appears that The Leapfrog Group relies on the American Hospital Association (AHA) Annual Survey. Kuakini has reviewed the 2011 AHA Annual Survey and has identified an error in Kuakini's response to the AHA Annual Survey regarding the use of Intensivists. For your clarification, Kuakini continues to contract with an Intensivist group that provides one (1) FTE Intensivist <u>on a per shift basis, seven days a week</u> to manage the patients in the ICU/CCU. Kuakini will be submitting corrected information to the American Hospital Association in the 2012 AHA Annual Survey that is due this year.

As noted in Kuakini's pervious letter, Kuakini is committed to providing high quality and safe care to its customers, including inpatients and outpatients. Also, Kuakini is committed to doing the right thing at all times, and practicing transparency and self-disclosure to the consumer public. Therefore, Kuakini welcomes the availability of objective and accurate information for the consumer public to make better and informed decisions regarding their health care and selection of reliable and responsible health care providers. Kuakini's patients and the consumer public are encouraged to review the various measures and performance data that are published directly on the CMS website and also the Kuakini website (www.kuakini.org) which contains additional measures and performance data as well as the most recent State of Hawaii licensing and Medicare certification survey findings.

Kuakini is not interested in participating in The Leapfrog Group Survey and in The Leapfrog Group Safety Scoring of US Hospitals. We again request the <u>exclusion</u> of Kuakini from your scoring program. Kuakini does not participate nor support comparative hospital scoring/rating initiatives of private organizations that are not sanctioned by the Federal and Hawaii State government agencies and that have not been validated on the use of accurate / objective data and methodologies for the scoring/rating of hospitals. A copy of this letter will be posted on the Kuakini website for viewing by the consumer public, Kuakini's patients, and community partners.

Sincerely,

KUAKINI MEDICAL CENTER

Gary K. Kajiwara, FACHE, FACHCA, FAAMA
President and Chief Executive Officer


Attachment