## scleroplex inc.

**Bharani Padmanabhan MD PhD**
**Multiple Sclerosis Neurologist**
30 Gardner Rd. Suite 6A, Brookline MA 02445
+1 617 566 6047 phone + fax

29 July 2013

SWORN AFFIDAVIT (8 pages)
in the matter of
Brian Evans v. Leapfrog Group, Leah Binder, Robert Wood Johnson Foundation

# Exhibit N

1

# INTRODUCTION

Many health care leaders consider the Leapfrog Hospital Survey to be the gold standard in transparent public reporting of hospital performance. The Leapfrog Group is the private sector's consensus public reporting initiative that each year captures information on American hospital safety practices, efficiency, quality and patient outcomes. The information is not available elsewhere in the public domain. Leapfrog is widely utilized by health care industry stakeholders, as well as by large private and public sector employer-purchasers of health care, to evaluate and compare patient safety records across hospitals and to drive purchasing and contracting decisions.

The questions Leapfrog asks on the survey are consistent with measures used by quality advocacy organizations such as The Joint Commission, National Quality Forum and Centers for Medicare and Medicaid Services (CMS). Leapfrog publicly reports the answers to those questions — the data we gather from assessing hospital adherence to nationally-endorsed quality measures.

Leapfrog data is thus the *only public source* of information on hospital adoption of health information systems (specifically, the computerized prescriber order-entry system), hospital efficiency, adoption of endorsed safe practices, survival predictors, presence of an intensivist in the ICU and risk-adjusted mortality rates for certain high-risk procedures.

The Leapfrog Group has administered the survey since 2001. Leapfrog is a member-supported nonprofit organization representing a consortium of major private and public purchasers of health care benefits – covering more than 37 million Americans in all 50 states. Leapfrog members represent tens of billions of dollars in annual health care expenditures. Leapfrog was named for its mission – to trigger giant "leaps" forward in the safety, quality and affordability of health care.

Research shows that if three of Leapfrog's standards were implemented in all urban hospitals in the U.S. (ICU staffing, medication ordering systems and use of higher-performing hospitals for high-risk procedures), the nation could save up to 57,000 lives, avoid as many as three million adverse drug events and save up to $12 billion in health care costs each year.[1]

---

[1] Lwin AK, Shepard DS. Estimating Lives and Dollars Saved from Universal Adoption of the Leapfrog Safety and Quality Standards: 2008 Update. The Leapfrog Group. Washington, DC: 2008.

**Strategy for Improvement**

To achieve a better safety record, the report recommends a four-tiered approach:

- **Establishing a national focus to create leadership, research, tools, and protocols to enhance the knowledge base about safety.**

    Health care is a decade or more behind many other high-risk industries in its attention to ensuring basic safety. This is due, in part, to the lack of a single designated government agency devoted to improving and monitoring safety throughout the health care delivery system. Therefore, Congress should create a Center for Patient Safety that would set national safety goals and track progress in meeting them; develop a research agenda; define prototype safety systems; develop, disseminate, and evaluate tools for identifying and analyzing errors; develop methods for educating consumers about patient safety; and recommend additional improvements as needed.

    Funding for the center should be adequate and secure, starting with $30 million to $35 million per year and growing over time to at least $100 million annually--modest investments relative to the consequences of errors and to the resources devoted to other public safety issues. The center should be housed within the Agency for Healthcare Research and Quality (AHRQ), which already is involved in a broad range of quality and safety issues, and has established the infrastructure and experience to fund research, education, and coordinating activities.

- **Identifying and learning from errors by developing a nationwide public mandatory reporting system and by encouraging health care organizations and practitioners to develop and participate in voluntary reporting systems.**

    Under the mandatory reporting system, state governments will be required to collect standardized information about adverse medical events that result in death and serious harm. Hospitals should be required to begin reporting first, and eventually reporting should be required by all health care organizations. This system will ensure a response to specific reports of serious injury, hold health care organizations and providers accountable for maintaining safety, provide incentives to organizations to implement internal safety systems that reduce the likelihood of errors occurring, and respond to the public's right to know about patient safety. Currently, about a third of the states have mandatory reporting requirements.

    Voluntary reporting systems will provide an important complement to the mandatory system. Such systems can focus on a much broader set of errors, mainly those that do no or minimal harm, and help detect system weaknesses that can be fixed before the occurrence of serious harm, thereby providing rich information to health care organizations in support of their quality improvement efforts. To foster participation in voluntary systems, Congress should enact laws to protect the confidentiality of certain information collected. Without such legislation, health care organizations and providers may be discouraged from participating in voluntary reporting systems out of worry that the information they provide might ultimately be subpoenaed and used in lawsuits.

> Health care is a decade or more behind many other high-risk industries in its attention to ensuring basic safety.

> Voluntary reporting systems will provide an important complement to the mandatory system.