## scleroplex inc.

**Bharani Padmanabhan MD PhD**
**Multiple Sclerosis Neurologist**
30 Gardner Rd. Suite 6A, Brookline MA 02445
+1 617 566 6047 phone + fax

29 July 2013

SWORN AFFIDAVIT (8 pages)
in the matter of
Brian Evans v. Leapfrog Group, Leah Binder, Robert Wood Johnson Foundation

# Exhibit O



**AMSA NKU Premedical Chapter.**

📰 **News**  « Back

# Patient Safety and Quality: AMSA, Lucian Leape Institute & AHRQ

Posted by Carl S Morgan on Dec 19, 2011



For the first time, AMSA is offering a Pre-Convention Symposium on Patient Safety and Quality: In Response to Unmet Needs. Partnering with the Lucian Leape Institute at the National Patient Safety Foundation, <mark>with funding from AHRQ,</mark> the Symposium will bring together medical students, residents and hospital personnel for an in depth two days focused on patient safety, education and training. Participants will develop a plan of action to successfully position their institutions to function safely and effectively in health care delivery.

**Space is extremely limited for the Symposium. Registering early is highly recommended.**

<u>Wednesday, March 7, 2012</u>
1:00 pm – 6:00 pm

<u>Thursday, March 8, 2012</u>
8:30 am – 6:00 pm

Specific dates, times, and more information can be found here.

<u>A Call to Action: Medical Education and its Role in Patient Safety</u>
Dr. David Nash starts off the day with an inspiring keynote address where he will challenge attendees to close the gaps in patient safety. Medical students, residents and educators are called on to lead the charge to improve processes to provide a safer environment for patients and the providers who care for them.

<u>The Knowledge Imperative: The Science of Patient Safety</u>
Dr. Tim McDonald leads an interactive session on the role of science in patient safety and will address how knowledge, skills and behavioral competencies are critical to reduce errors. Topics such as risk management, quality and physician credentialing will inform attendees and serve as the basis for further discussion and exploration.

<u>Critical Transitions: Hand-Offs and Team Communication</u>
Dr. Vineet Arora leads this interactive session to review patient hand-offs and communication within the care team. Successful transitions occur as a result of superb team dynamics and open and clear dialogue. Coupled together, these actions and relationships are vital in the reduction of medical errors.

<u>Creating a Culture of Safety: Roles & Relationships</u>
Dr. David Mayer will focus his time with attendees on the culture, attitudes and hierarchies, within medicine and the clinical environment, and how these issues affect the creation of a safety culture. Attendees will learn how they can influence and engage in positive relationships within the care team, at their universities and institutions.

<u>Thursday, March 8, 2012</u>
8:30 am – 5:00 pm - **In Response to Unmet Needs - Creation of Patient Safety Action**

**Search Organization News**

**NKU News**

**RecycleMania is Back!**
December 3, 2012

**Cincinnati Cyclones Fundraising Opportunity**
November 28, 2012

**Higher Education/Student Affairs Program**
October 29, 2012

**OrgSync Student Leader Training Sessions THIS WEEK**
October 17, 2012

**Pumpkin Bust 2012 Registration Form by APB**
September 28, 2012

**View All NKU News**

**Archives**

April 2012 **(6)**
March 2012 **(2)**
February 2012 **(2)**
December 2011 **(2)**
November 2011 **(3)**
October 2011 **(11)**

Case 1:13-cv-00269-SOM-BMK   Document 27-15   Filed 08/02/13   Page 3 of 4
                              PageID.238

AMSA NKU Premedical Chapter. News                                    16/4/13 9:52 PM

**Plan**
Led by facilitator John Brockman, 2010-2011 AMSA National President and Manisha Shah and Diane Pinakiewicz, leaders from the Lucian Leape Institute at the National Patient Safety Foundation, attendees will work together to review the groundbreaking report, Unmet Needs. In both large and small groups, the report will be evaluated and participants will create an action plan to remove barriers and develop steps to implement at their schools or institutions.

5:00 pm – 6:00 pm - Keynote Address - Dr. Lucian Leape
**Unmet Needs: The Big Picture on Patient Safety and Quality in Medical Education**

To register for the Patient Safety and Quality Symposium click here. The option to register for the Symposium is a part of AMSA Convention Registration. You may elect to only register for the Symposium or for the Symposium/Convention combined package.

Funding for this conference was made possible [in part] by grant #1R13 HS18901-01A2 from the Agency for Healthcare Research and Quality (AHRQ). The views expressed in written conference materials or publications and by speakers and moderators do not necessarily reflect the official policies of the Department of Health and Human Services; nor does mention of trade names, commercial practices, or organizations imply endorsement by the U.S. Government.

American Medical Student Association
45610 Woodland Road ~ Suite 300, Sterling, Virginia 20166
Phone: (703) 620-6600 / Fax: (703) 620-6445


Available to: Everyone

   Comments

# KEYNOTES

## THURSDAY KEYNOTE



**5:00pm-6:15pm**
*Imperial West Extended Ballroom, 3rd Level*
**KEYNOTE ADDRESS**

**Lucian Leape, MD**
*Adjunct Professor of Health Policy, Harvard School of Public Health; Health Policy Analyst*

Sponsored by US Public Health Commissioned Corps and New England Journal of Medicine

Dr. Lucian Leape is Adjunct Professor of Health Policy at the Harvard School of Public Health and a health policy analyst whose ground breaking research has focused on patient safety and the quality of care. Dr. Leape is internationally recognized as the leader of the patient safety movement, beginning with the publication of his seminal article "Error in Medicine" in the Journal of the American Medical Association in 1994. He is one of the founders of the National Patient Safety Foundation, the Massachusetts Coalition for the Prevention of Medical Error, and the Harvard Kennedy School Executive Session on Medical Error. He was also a member of the Institute of Medicine's Quality of Care in America Committee, which published "To Err is Human: Building a Safer Health System" in 1999 and "Crossing the Quality Chasm" in 2001.



### How would you describe your work-life balance?

Just right - I have the freedom to make it so.

### What's your favorite activity outside of your professional life?

Doing anything with my children and grandchildren; playing the piano; reading.

### If you weren't on the career path you are on today, what would you be?

I can't imagine anything more satisfying. Pediatric surgery was great, too, though.

### If you were granted one wish for the future of medicine, what would it be?

That all doctors and other providers work collaboratively together to deliver to all of our population the high quality safe care we already know how to provide.

### Has any particular person inspired you in your career? How so?

I have been blessed to know and be inspired by many great people in medicine, both as a surgeon and in health policy, but Don Berwick heads the list. He has the skills, the intellect, and the vision to inspire us all. He is a truly remarkable human being.

### What's the most significant challenge in training future physicians today?

To enable them to maintain their humanity while mastering the immense variety of knowledge, skills and attitudes they need to cope in an incredibly complex health care system: to be both kind and competent.