**scleroplex inc.**

Bharani Padmanabhan MD PhD
**Multiple Sclerosis Neurologist**
30 Gardner Rd. Suite 6A, Brookline MA 02445
+1 617 566 6047 phone + fax

29 July 2013

SWORN AFFIDAVIT (8 pages)
in the matter of
Brian Evans v. Leapfrog Group, Leah Binder, Robert Wood Johnson Foundation

# Exhibit P



DEPARTMENT OF HEALTH & HUMAN SERVICES          Centers for Medicare & Medicaid Services

*Administrator*
Washington, DC 20201

November 30, 2010

David Knowlton
Chair, Board of Directors
The Leapfrog Group
1150 17th Street NW Suite 600
Washington, DC 20036

Dear David:

Congratulations to The Leapfrog Group and your members, friends, and partners, on your tenth anniversary. Unfortunately, I will not be able to join you to bring greetings in person. I was there at the beginning when Leapfrog was just a good idea sketched on a napkin, so I am particularly disappointed not to celebrate this milestone birthday with you tonight.

This is a time of enormous change, and we will need leaders and explorers, like The Leapfrog Group, to help forge a new direction in health care. In the past decade alone, you have changed the national dialogue on health care. Leapfrog's purchaser leadership drove new movements for transparency, payment reform, nonpayment for never events, value based purchasing, and safe practices.

I offer special congratulations to those hospitals honored with Leapfrog Top Hospitals awards, and of course the two Leapfrog Top Hospitals of the Decade, University of Maryland Medical Center and Virginia Mason Medical Center. Every year these hospitals rise to the challenge of meeting or exceeding Leapfrog's tough and ever-growing standards for safety and quality. Both found the wisdom and courage to be true pioneers in improving care for patients. However, fundamentally all hospitals with the candor to publicly report to Leapfrog deserve our acknowledgement and respect. All are role models for a new level of public accountability and a patient-focused quest for excellence.

Congratulations to Leapfrog and we look forward to working together in your second decade.

Sincerely,

Donald M. Berwick, MD