# scleroplex inc.

**Bharani Padmanabhan MD PhD**
**Multiple Sclerosis Neurologist**
30 Gardner Rd. Suite 6A, Brookline MA 02445
+1 617 566 6047 phone + fax

29 July 2013

SWORN AFFIDAVIT (8 pages)
in the matter of
Brian Evans v. Leapfrog Group, Leah Binder, Robert Wood Johnson Foundation

# Exhibit Q

Case 1:13-cv-00269-SOM-BMK   Document 27-17   Filed 08/02/13   Page 2 of 9
                                                PageID.243
ObamaCare oversight among health watchdog cuts | The Center for Public Integrity                    28/7/13 8:57 PM

Health

# ObamaCare oversight among health watchdog cuts

Budget squeeze, staff departures force HHS inspector general to trim investigative targets

By Fred Schulte  email   6:00 am, July 25, 2013 Updated: 10:52 am, July 25, 2013

32 likes
55 tweets
1 comment
E-mail
Print

Facing major budget and staff cuts, federal officials are scaling back several high-profile health care fraud and abuse investigations, including an audit of the state insurance exchanges that are set to open later this year as a key provision of the Affordable Care Act.

The Department of Health and Human Services Office of Inspector General, which investigates Medicare and Medicaid waste, fraud and abuse, is in the process of losing a total of 400 staffers — or about 20 percent of the workforce — from its peak strength of 1,800 last year. About 200 of those staffers will have departed by the end of this year, and the other 200 are slated to be gone by the end of 2015.

"As OIG's budget resources decline, so do our enforcement and oversight activities," reads an agency document obtained by the Center for Public Integrity. The OIG noted that it "will not be able to keep pace" with the rapid growth of taxpayer-subsidized health care anticipated under the Affordable Care Act, the signature health reform effort of the Obama administration.

Several of the canceled projects were included in the agency's 2013 "work plan," which serves as a barometer for suspected fraud or billing abuse.

Among them:

● A planned audit into computer security at state marketplaces — known as exchanges — that will sell individual health insurance policies under the Obama health care law. The IG's office said "time pressures" to get the exchanges up and running by October 1 may increase risks that states will fail to shield private medical information from "hacker exploits, unauthorized data access and data theft or manipulation." In addition, the OIG document said, about $3.8 billion in grant money to develop the exchanges is "potentially at risk for wasteful spending." Seventeen states are planning to run their own exchanges, while the rest will be operated by the federal government or in state-federal partnerships.

● An investigation to determine if nursing homes overuse controversial antipsychotic drugs in treating the elderly and which of these drugs are prescribed most often. The canceled initiative was supposed to identify nursing homes that failed to follow federal rules requiring that patients "be free from unnecessary drugs."



IMPACT: HHS IG pledges focus on Medicare billing abuse involving electronic records

By Fred Schulte October 24, 2012

HHS IG report highlights docs' questionable billing of Medicare

By Fred Schulte May 9, 2012

Case 1:13-cv-00269-SOM-BMK   Document 27-17   Filed 08/02/13   Page 3 of 9
                                    PageID.244
ObamaCare oversight among health watchdog cuts | The Center for Public Integrity                    28/7/13 8:57 PM

• A probe into how well state governments and Medicaid managed care groups ferret out fraud and abuse. Medicaid health plans collect more than $100 billion in tax dollars annually for serving about 30 million low-income people and are set to add millions of new members under Obamacare.

• A review of drugs marketed under Medicare Part D without first being approved by the Food and Drug Administration for safety and effectiveness. Medicare paid more than $3 billion from 2006 through 2010 for these products, but officials said they are abandoning plans to recover money improperly paid to drug companies.

• A study of crooked suppliers of costly durable medical equipment, such as wheelchairs and other medical devices used in the home, who manage to stay in business even after federal officials revoke their billing privileges. The durable medical equipment market has long been troubled by questionable expenditures. The audit was to target merchants in South Florida, a hotbed of Medicare and Medicaid fraud.

---------------------------
**Don't miss a single Center for Public Integrity investigation on ObamaCare, Medicare, and public health.**
Sign up now to receive special newsletters relevant to your interest.
---------------------------

The inspector general's office also is delaying an unspecified number of investigations into poor quality care in hospitals due to "significantly reduced" travel budgets and the high cost of paying experts to review medical files, which can cost $250,000 or more. This delay may result in a "potentially high-risk hospital not being reviewed" and "potentially erroneous claims not being reviewed," according to the agency.

The cuts are "deeply regrettable," said Malcolm Sparrow, a professor at Harvard University's John F. Kennedy School of Government and health fraud expert. "We'd save a huge number of taxpayer dollars by doubling the size of these operations."

Sparrow said fraud artists are adept at quickly figuring out how to exploit new health care initiatives and that officials have an obligation to "stay ahead" of them. "Otherwise three years from now we'll be saying, 'how could we not have predicted this mess?'"

Louis Saccoccio, chief executive officer of the National Health Care Anti-Fraud Association, said that OIG audits not only stem financial losses, but also can protect patients from harm. Money spent on these efforts "pays for itself many times over," he said in an email.

OIG officials contend their investigations typically return $8 for every dollar invested. They reported fiscal 2012 expected recoveries of about $6.9 billion and more than 1,100 criminal and civil investigations of individuals or health care businesses.

News of the budget crunch first surfaced during questioning at a June 24 hearing of the Senate Committee on Homeland Security and Governmental Affairs. One official said at the hearing that existing staff was stretched so thin that the agency had failed to act on 1,200 complaints over the past year alleging wrongdoing — a number expected to rise.

The Obama administration has often touted its record for cracking down on health care fraud, pointing to recoveries of more than $10 billion since 2008, and noting criminal

cases that busted major fraud rings.

But OIG records show that the agency has been in a hiring freeze since February 2012 and has offered two rounds of buyouts and early retirements this year. The HHS office is the largest such IG unit, responsible for oversight of 24 cents out of every tax dollar spent by the federal government.

While sequestration has played a part, the IG's funding problems are actually more complex, agency officials say. The agency is operating with "significantly reduced" [funds] due to the expiring of a $30 million per year appropriation from the Deficit Reduction Act of 2005 and the end of stimulus funding and other budget cuts, officials said.

"OIG will not be able to keep pace with the ACA (Affordable Care Act) expansion, maintain/expand our highly successful Medicare Fraud Strike Forces, or keep pace with the expanding Medicare and Medicaid enrollment and the expected need for growth to combat on-going health care fraud," an agency document states.

More stories about

Healthcare reform in the United States, Health, Social Issues, Inspector General, Government, United States National Health Care Act, Medicare, Health and Medical and Pharma, Federal assistance in the United States, Medicare fraud, United States Department of Health and Human Services, Presidency of Lyndon B. Johnson, Patient Protection and Affordable Care Act, Health fraud

**You might also be interested in ....**

**Judgment calls on billing make 'upcoding' prosecutions rare**


**OPINION: a bit of truth-telling on Obamacare**


**How doctors and hospitals have collected billions in questionable Medicare fees**


Powered by Calais

Subscribe to our Watchdog email newsletter to get the best stories from across the Center delivered once or twice a week.

Name:

Email:

ZIP/Postal code:

Subscribe

**Donate**

Make a donation online
Make a donation by mail
Make a contribution by fax or phone
Make a gift of stock

Rated 4-stars on Charity Navigator

## What the Center investigates

### Politics
- Primary Source
- Who Can Vote?
- Consider the Source
- Raw Deal
- Congress
- The White House
- Elections

### National Security
- Nuclear Waste
- The Gift Economy
- Up in Arms
- Windfalls of War
- The Military
- Homeland Security
- Intelligence

### Finance
- Financial Reform Watch
- Whistleblower Warfare
- Corporate Accountability
- Consumer Finance

### Environment
- Hard Labor
- Pollution
- Energy
- Health and Safety
- Climate
- Natural Resources

### Juvenile Justice

### Accountability
- Secrecy for Sale
- Skin and Bone
- State Integrity Investigation
- Takings Initiatives Accountability Project
- Education
- The Truth Left Behind
- Global Muckraking
- ICIJ Member Stories
- Harmful Error
- Lobby Watch
- Campaign Consultants
- Well Connected
- Waste, Fraud and Abuse

### Health
- Mystery in the Fields
- Medicare
- Dollars and Dentists
- Public Health
- Wendell Potter
- Island of the Widows
- Pushing Prescriptions
- Genetics

## About the Center

About The Center for Public Integrity

Our Organization

Our People

Our Work

About the International Consortium of Investigative Journalists

Advertise

Privacy Policy and Terms of Use

Contact

## Center in the News

Global impact of 'Offshore Leaks' grows

Outside money from D.C. groups, Koch brothers gushes into local politics

Impact grows for Center's international focus

Center gets $1.5M investment into ICIJ

'Nuclear Waste' series targets seriously troubled project

World leaders tackle tax havens with ICIJ help

Justice for sale in state supreme court elections?

Reform pushed to G-8 meeting agenda after ICIJ's offshore tax haven investigation

Copyright 2013 The Center for Public Integrity

Supported by:

# Effects of Reduced Resources at OIG

*As OIG's budget resources decline, so do our enforcement and oversight activities. There are many audits and evaluations, including several listed in the FY 2013 Work Plan, that we would like to undertake but cannot because of budget constraints.*

*To decide what work we will not undertake, we consider similar factors to those used to determine what we will undertake – relative risks (to Federal dollars and program beneficiaries), known or suspected vulnerabilities, and opportunity for impact – as well as the costs associated with each review. For example, would it require a costly medical record review, contract, or extensive travel that we cannot afford at this point?*

*Examples of significant audits and evaluations that we will not be able to undertake include the following:*

# Status: CANCELLED

(Following is work as originally planned)

### Oversight of Security of the Strategic National Stockpile for Pharmaceuticals

We will review efforts by CDC to ensure that pharmaceutical stockpiles are secure from theft, tampering, or other loss. We will use the guidelines established in the Department of Homeland Security's *Physical Security Manual* to assess security risks at selected stockpiles. The Strategic National Stockpile Program, for which CDC and the Department of Homeland Security (DHS) share management responsibility, is designed to supplement and restock State and local public health agency pharmaceutical supplies in the event of a biological or chemical incident in the United States or its territories. These stockpiles are stored at strategic locations for the most rapid distribution response possible, and CDC is responsible for ensuring that the materials in these facilities are adequately protected and stored. *(OAS; W-00-13-58310; expected issue date: FY 2013)*

———————

# Status: Work anticipated, but never started

(Following is work as originally planned)

### Use of Atypical Antipsychotic Drugs in Nursing Homes

We will assess nursing homes' administration of atypical antipsychotic drugs, including the percentage of residents receiving these drugs and the types of drugs most commonly received. We will also describe

the characteristics associated with nursing homes that frequently administer atypical antipsychotic drugs. According to 42 CFR § 488.3, nursing homes must comply with Federal quality and safety standards, including requiring the monitoring of the prescription drugs prescribed to its residents. Federal requirements, 42 CFR § 483.25(l)(1), also require that nursing home residents' drug regimens be free from unnecessary drugs. *(OEI; 00-00-00000; expected issue date: FY 2014)*

---

## Status: CANCELLED

(Following audit proposal was developed after FY2013 Work Plan publication)

### Audit of State Health Insurance Exchange IT Controls

State Health Insurance Exchanges are currently expected to be implemented 10/01/2013. Time pressures generally increase the risk that States might implement their health insurance exchanges without adequate computer security controls, exposing beneficiary information to hacker exploits, unauthorized data access, and data theft or manipulation. In addition, grant awards approximating $3.8 billion for State Health Insurance exchange development and implementation is potentially at risk for wasteful spending. (W-00-13-40005)

---

## Status: CANCELLED

(Following evaluation proposal was developed after FY2013 Work Plan publication)

### Follow Up on Revoked Medicare Providers in South Florida

This study will describe CMS revocation of nonoperational Medicare providers in South Florida. Previous OIG work and conversations with CMS enrollment and zone integrity contractors indicate that revocation may not be an effective safeguard against fraudulent Medicare providers. OIG found that Durable Medical Equipment (DME) suppliers in South Florida that were revoked for being nonoperational at an OIG site visit were often able to get their billing privileges reinstated by appealing their revocation (OEI-03-07-00540). CMS contractors that work in South Florida added that nonoperational providers and suppliers may also regain their billing privileges by submitting a Corrective Action Plan (CAP) and by obtaining a new provider billing number. This study aims to determine how many nonoperational providers were revoked as part of a special enrollment project in South Florida and describe the time and resources that CMS used to revoke these providers. In addition, this study will determine how many of the providers CMS revoked were later reinstated and describe the process the providers used to become reinstated.

---

## Status:  CANCELLED

(Following is work as originally planned)

### CDC National Center for Chronic Disease Prevention and Health Promotion Oversight of High-Risk Grantees

We will examine current CDC processes for designating and monitoring high-risk grantees. We will determine the extent to which CDC designates its National Center for Chronic Disease Prevention and Health Promotion (NCCDPHP) grantees as high risk, whether CDC includes special conditions and restrictions in high-risk grantees' contracts, and the extent to which CDC high-risk grantees comply with special conditions and restrictions in their contracts. Increased funding through the American Recovery and Reinvestment Act of 2009 (Recovery Act) for NCCDPHP increases potential vulnerabilities in CDC's oversight of grantees to prevent fraud and abuse. Pursuant to Federal regulations, special conditions and restrictions may be included in the contracts of grantees designated as high risk if the grantees meet certain criteria (e.g., history of poor performance, financial instability). (42 CFR § 74.14 and 45CFR§ 92.12.) (OEI; 04-12-00240; expected issue date: FY2012; work in progress)

---

## Status:  Work anticipated, but never started

(Following is work as originally planned)

### Medicaid Managed Care Organizations' Identification of Fraud and Abuse

We will determine whether managed care organizations (MCO) identified and addressed potential fraud and abuse incidents in 2011. We will also describe how States oversee MCOs' efforts to identify and address fraud and abuse. All MCOs are required to have processes to detect, correct, and prevent fraud, waste, and abuse. However, the Federal requirements surrounding these activities are general in nature (42 CFR § 438.608), and MCOs vary widely in how they deter fraud, waste, and abuse. A prior OIG report found that over a quarter of the MCOs surveyed did not report a single case of suspected fraud and abuse to their State Medicaid agencies in 2009. The report also found that although MCOs and States are taking steps to address fraud and abuse in managed care, they remain concerned about their prevalence. (OEI; 00-00-00000; expected issue date: FY 2014)

---

**Status: Work anticipated, but never started**

(Following evaluation proposal was developed after FY2013 Work Plan publication)

**Review of the Unapproved Drugs Marketed By Select Drug Companies**

The audit(s) that were suspended were a continuation of our audit of FDA's drug approval process. That prior report identified that FDA's oversight of marketed drugs was not adequate to ensure that FDA had approved all drugs available to the public. During this review, we identified potentially unapproved drugs exceeding $3.0 billion in Medicare Part D gross drug costs for CYs 2006 through 2010. The next phase, which has been suspended, was to conduct reviews at specific drug companies with the most egregious volume of unapproved drugs and work to recover the costs absorbed by the government for these drugs.

_____

# Besides what work is completed, funding cuts change how work is completed. For example:

**Reduced Sample Size Limits Research**

Our 2010 hospital adverse events study included medical review of 800 cases. In 2012, we began a study of adverse events in skilled nursing facilities, hoping to fully replicate our methods from the hospital work. However, we had to reduce our sample to 620 cases, because that was all we could afford to review. We plan to reduce even further for the related Inpatient Rehabilitation Facility study, and perhaps even more for the related Long Term Care Hospital study, assuming we are able to do that work at all.

The effects of this reduction in sample size are: 1) limited ability to analyze sub-groups (infections, etc.) due to small cell size, 2) we may miss some events altogether that are important but less common because they are less likely to arise in a smaller sample, and 3) reduced face validity to outside stakeholders.

_____

**Lack of Travel Funds Delays Hospital Audits**

Several of the hospitals we planned to visit as part of our ongoing series of hospital compliance audits will be delayed due to significant reductions in available travel funds and the availability of medical review funds.

This delay may result in: (1) a potentially high-risk hospital not being reviewed because the audit team cannot conduct a site visit; (2) potentially erroneous claims not being reviewed because the audit team lacks medical expertise; existing data analysis becoming stale as claims initially targeted for review become older, and new data analysis is warranted which could further delay the audits.