# EXHIBIT R

# HARVARD MEDICAL SCHOOL
## DEPARTMENT OF CONTINUING EDUCATION



*certifies that*

## Bharanidharan Padmanabhan

*has participated in the educational activity titled*

## Patient-Centered Computing and eHealth:
## State of the Field

**May 6 - 8, 2011**

*and is awarded 8.25 AMA PRA Category 1 Credits™*

This course is designated to meet the criteria for 5 hours of Risk Management credit in Massachusetts.

**Boston, Massachusetts**

*Sanjiv Chopra, M.B., B.S.*
*Faculty Dean for Continuing Education*
*Professor of Medicine*

The Harvard Medical School is accredited by the Accreditation Council for Continuing Medical Education
to provide continuing medical education for physicians.

# THE HARVARD MEDICAL SCHOOL



*certifies that*

## Bharanidharan Padmanabhan

*has participated in the live activity titled*

## Intensive Review of Neurology

### October 17 - 21, 2011

*and is awarded 28.5 AMA PRA Category 1 Credits™*

_____

Sanjiv Chopra, M.B.B.S., M.A.C.P.
Faculty Dean for Continuing Education
Professor of Medicine

*Cambridge, Massachusetts*

The Harvard Medical School is accredited by the Accreditation Council for Continuing Medical Education
to provide continuing medical education for physicians.

# THE HARVARD MEDICAL SCHOOL



*certifies that*

## Bharanidharan Padmanabhan

*has participated in the live activity titled*

## Neuroradiology Clinical Functional MRI Spectroscopy, Head and Neck Radiology Post Graduate Course

### September 19 - 23, 2011

*and is awarded 29.5 AMA PRA Category 1 Credits™*

Sanjiv Chopra, M.B.B.S., M.A.C.P.
Faculty Dean for Continuing Education
Professor of Medicine

*Cambridge, Massachusetts*

Boston University School of Medicine
Continuing Medical Education

72 East Concord Street, A402
Boston, Massachusetts 02118
T 617-638-4605  F 617-638-4905
www.bu.edu/cme



Bharani Padmanabhan, MD/PhD
30 Gardner Rd #6A
Brookline, MA 02445
United States

Boston University School of Medicine

certifies that

***Bharani Padmanabhan, MD/PhD***

has participated in the Live activity titled

***SCOPE of Pain:***
***Safe and Competent Opioid Prescribing Education***

At Waltham, MA on May 18, 2013

and is awarded 5.5 AMA PRA Category 1 Credit(s)™

Maximum Credits: 5.5
Total Credits Reported: 5.5
Risk Management Credit: 5.5
Opioid Credits: 5.5

Barry M. Manuel, M.D.
Associate Dean

Boston University School of Medicine
Continuing Medical Education

72 East Concord Street, A402
Boston, Massachusetts 02118
T 617-638-4605  F 617-638-4905
www.bu.edu/cme



Bharani Padmanabhan, MD/PhD
30 Gardner Rd #6A
Brookline, MA 02445
United States

## *SCOPE of Pain:*
## *Safe and Competent Opioid Prescribing Education*

### At Waltham, MA on May 18, 2013

*Boston University School of Medicine is accredited by the Accreditation Council for Continuing Medical Education to provide continuing medical education for physicians.*

*Boston University School of Medicine designates this live activity for a maximum of 5.5 AMA PRA Category 1 Credit(s)™. Physicians should claim only the credit commensurate with the extent of their participation in the activity.*

**American Academy of Family Physicians (AAFP) Credits**
*Massachusetts*
*This enduring material activity, SCOPE of Pain: Safe and Competent Opioid Prescribing Education, has been reviewed and is acceptable for up to 5.5 Prescribed credits by the American Academy of Family Physicians. AAFP certification begins March 1, 2013. Term of approval is for one year from this date with the option of yearly renewal. Physicians should claim only the credit commensurate with the extent of their participation in the activity.*

*This program meets the criteria of the Massachusetts Board of Registration in Medicine for 5.5 hours of risk management study.*

*This program meets the criteria of the Massachusetts Board of Registration in Medicine for 5.5 hours of opioid education.*

*Rhode Island*
*Participation in this CME approved activity qualifies for 2 hours in Opioid Prescription Pain Management, a topic currently identified as an area related to public health by the Rhode Island Board of Licensure, Section 6.2.1 Continuing Education.*



JOURNAL OF THE
NEUROLOGICAL
SCIENCES



Journal of Neurological Sciences 149 (1997) 139–140

# NonLinear Dynamics and Multiple Sclerosis

Padmanabhan Bharanidharan*

*Dept. of Neurology, Jahn Ferenc Teaching Hospital, Semmelweis University of Medicine, Koves utca 2-4, Budapest 1204, Hungary*

*Keywords:* Multiple Sclerosis; Non-Linear dynamics; Phase-space plot; Periodic

In recent years the analysis of the non-linear dynamics and fractal nature of physiological systems has become more common in the medical literature (Goldberger, 1987; Peng et al., 1994). In neurology, it has mainly been used to analyse the electroencephalogram (Babloyantz and Destexhe, 1987; Roschke and Aldenhoff, 1992), electromyographic signals (Anmuth et al., 1994) and nystagmus (Shelhamer, 1992). The non-linear dynamics approach has occasionally been applied to multiple sclerosis as well; the study of autonomic dysfunction and heart rate dynamics in patients by Ganz and co-workers, for example (Ganz et al., 1993; Ganz and Faustmann, 1994). However, it may prove useful in analysing other aspects too, such as the natural history of multiple sclerosis itself.

One of the main characteristics of multiple sclerosis is its unpredictable swings between exacerbations and remissions, at least in the early phase of its long time-course. There are two main problems in analysing the time course of multiple sclerosis; few patients have records detailing the exact time of occurrence of each exacerbation period and even when they do, the total number of data points is extremely small. Fortunately, I have been able to locate a patient with records for every attack she has had. The data cover 288 months (24 years), from the time of the first attack in 1970. A time series was constructed with 300 data-points (unit of time: month) and analysed using the BMDP software package. The series was found to be completely deterministic. It would not fit any known stochastic process. The technique of time-delays (Packard et al., 1980; Ruelle, 1989) was then used to extract a phase–space plot of the data (Fig. 1), using the Maple software package.

As the number of data points is extremely small, less than 300, few meaningful results will be obtained by other mathematical analyses, such as determining the correlation dimension or the Lyapunov exponent. However, even without the numbers, I feel the multiple sclerosis time series does not show chaotic dynamics. It seems to be rather periodic.

With developments in the mathematical analyses of series with small data sets, it may soon be possible to fully analyse the time course of the disease directly.

## References

Anmuth, C.J., Goldberg, G. and Mayer, N.H. (1994) Fractal dimension of electromyographic signals recorded with surface electrodes during isometric contractions is linearly correlated with muscle activation. Muscle Nerve, 17: 953–954.

Babloyantz, A. and Destexhe, A., Strange attractors in the human cortex. In: L. Rensing, U. an der Heiden and M.C. Mackey (Eds.), Temporal Disorder in Human Oscillatory Systems. Springer-Verlag, Berlin, Heidelberg, New York, pp. 48–56, 1987.

Ganz, R.E. and Faustmann, P.M. (1994) A chaos theory approach to autonomic dysfunction in MS. J. Neurol., 241: 348–349.

Ganz, R.E., Weibels, G., Stacker, K.H., Faustmann, P.M. and Zimmermann, C.W. (1993) The Lyapunov exponent of heart rate dynamics as a sensitive marker of central autonomic organization — an exemplary study of early MS. Int. J. Neurosci., 71: 29–36.

Goldberger, A.L. (1987) Nonlinear dynamics, fractals, cardiac physiology and sudden death. In: L. Rensing, U. an der Heiden and M.C. Mackey (Eds.), Temporal Disorder in Human Oscillatory Systems. Springer-Verlag, Berlin, Heidelberg, New York, pp. 118–125, 1987.

Packard, N.H., Crutchfield, J.P., Farmer, J.D. and Shaw, R.S. (1980) Geometry from a time series. Phys. Rev. Lett., 45: 712–716.

Peng, C.-K., Buldyrev, S.V., Hausdorff, J.M., Havlin, S., Mietus, J.E., Simons, M., Stanley, H.E. and Goldberger, A.L. (1994) Non-equilibrium dynamics as an indispensable characteristic of a healthy biological system. Integr. Physiol. Behav. Sci., 29: 283–293.

Roschke, J. and Aldenhoff, J.B. (1992) A nonlinear approach to brain function — deterministic chaos and sleep EEG. Sleep, 15: 95–101.

Ruelle, D., Chaotic Evolution and Strange Attractors: The Statistical Analysis of Time Series for Deterministic Nonlinear Systems. Cambridge University Press, Cambridge, 1989.

Shelhamer, M. (1992) Correlation dimension of optokinetic nystagmus as evidence of chaos in the oculomotor system. IEEE Trans. Biomed. Eng., 39: 1319–1321.

*Tel/Fax: +36 1 284 7633

0022-510X/97/$17.00  © 1997 Elsevier Science B.V. All rights reserved
*PII* S0022-510X(97)05377-X

140                     *P. Bharanidharan / Journal of Neurological Sciences 149 (1997) 139–140*



Fig. 1. Phase–space plot of data.

# CLINICAL CHALLENGE

Editor: Barry Mills, MD, PhD

# Levetiracetam, Seizures, and Suicidality

Lior Givon, MD, PhD, Steven Porter, AB, Bharanidharan Padmanabhan, MD, Jessica Goren, PharmD, and Pieter A. Cohen, MD

Keywords:    adverse drug reaction, anticonvulsant, levetiracetam, seizures, suicide, violence

Harv Rev Psychiatry Downloaded from informahealthcare.com by University of Washington on 12/07/11
For personal use only.

## CASE HISTORY

Danny is a 28-year-old, white male with a history of depression, anxiety and panic attacks, childhood abuse, and multiple medical problems. As a newborn he was treated with ventriculo-peritoneal shunting for hydrocephalus. As a result, he suffers from persistent seizures, an unspecified mild cognitive impairment, and a noticeable stutter.

Danny grew up outside of Boston, where he lived with his mother, father, and two sisters. His parents underwent a difficult divorce when he was 14 years old, but he remains close to his family. Apart from alcohol abuse in his father, there is no family history of psychiatric illness. Danny earned Bs and Cs in high school, eventually attending vocational school for printing and graphic design. He has had consistent difficulties in maintaining stable employment and has shifted among various jobs, including retail store manager, martial arts instructor, chef, and postal service worker. Although he receives Social Security disability for epilepsy and unspecified learning disabilities, he faces ongoing financial constraints. Currently, he feels well supported, living with his fiancée and their infant son. He has a passion for the martial arts and, over the years, has won several regional martial arts competitions.

Danny first experienced a major depressive episode at age 18, following two traumatic events. First, his three-day-old daughter died of sudden infant death syndrome. A few months later, his first wife (the mother of his late daughter) was raped and murdered. In the aftermath of these tragedies, Danny sought vengeance, culminating in a violent assault against his wife's killer. For the following eight months, Danny was treated for depression, anxiety, suicidality, and posttraumatic stress symptoms in a partial hospitalization program. In following years, Danny was treated by his primary care physician with buspirone and fluoxetine for symptoms of depression and anxiety, including constant worrying, rumination, claustrophobia, shortness of breath, "shakes," and "black-outs." Occasionally, Danny used his mother's alprazolam to manage these symptoms. He felt that his best response was to fluoxetine, however, and he has remained on this medication, with variable adherence, throughout his adult life.

Although he still avoids areas that he and his first wife used to frequent, he has denied nightmares, flashbacks, or hypervigilance. He has denied any history of psychotic symptoms. He uses tobacco (1/2 pack weekly) and alcohol (4–5 beers nightly on weekends) but denies use of illicit drugs. Three years after his first wife's murder, he met a new girlfriend, to whom he is now engaged. He lives with his fiancée and their three-year-old son, and feels comfortable and safe in this living situation.

Danny's adult medical illnesses include migraines, asthma, and elevated liver enzymes. Moreover, Danny has a long and complicated history of seizures, dating back to

*From Harvard Medical School; Departments of Psychiatry (Drs. Givon and Goren) and Medicine (Dr. Cohen), and Division of Neurology (Dr. Padmanabhan), Cambridge Health Alliance, Cambridge, MA.*

*Correspondence: Lior Givon, PhD, MD, Cambridge Health Alliance, 1493 Cambridge St., Cambridge, MA 02139. Email: lgivon@challiance.org*

*Harv Rev Psychiatry 2011;19:47–55.*

© 2011 President and Fellows of Harvard College

DOI: 10.3109/10673229.2011.549777

47

RIGHTSLINK

Harv Rev Psychiatry
January/February 2011

48    Givon et al.

Harv Rev Psychiatry Downloaded from informahealthcare.com by University of Washington on 12/07/11
For personal use only.

childhood, with incomplete documentation of his early as-
sessment. He began treatment at our institution around
the age of 25, at which time brain imaging demonstrated
persistent ventriculomegaly, and an electroencephalograph
demonstrated three brief bursts of spike and slow waves
in the anterior regions, with maximum peaks over the left
frontal pole, consistent with epileptiform foci. Additionally,
Danny has suffered from perplexing "muscle spasms" that
have led to repeated falls and subsequent orthopedic in-
juries. He claimed that these episodes differed from his
seizures. Their exact etiology has never been determined,
but a comorbid diagnosis of neuromuscular dystonia was
previously considered. Danny's younger sister has experi-
enced a handful of seizures in her adult life, and his infant
son has also suffered from seizures. Apart from that, Danny
is not aware of any family history of epilepsy.

Though he had been prescribed carbamazepine for years,
all serum levels since the age of 25 were either undetectable
or subtherapeutic. Less than a year into treatment he began
missing neurological appointments and reported increased
sedation and also breakthrough seizures. He acknowledged
partial compliance with carbamazepine, resulting in four
seizures over a five-month period with undetectable carba-
mazepine levels. At the age of 27, Danny was prescribed car-
bamazepine extended release 100 mg twice daily for seizure
prophylaxis, which was subsequently increased to carba-
mazepine 200 mg three times daily. Citing his younger sis-
ter's successful response to levetiracetam, Danny ultimately
presented to his neurologist and requested to change his
antiepileptic regimen from carbamazepine to this newer
medication. Danny believed that he would have fewer diffi-
culties adhering to the twice-daily dosing of levetiracetam
and would experience fewer side effects. In December of
2008, Danny was started on levetiracetam 500 mg twice
daily, combined with carbamazepine as part of a 20-day
cross-taper.

Three days after initiating levetiracetam, Danny experi-
enced abrupt onset of his psychiatric symptoms that, two
weeks later, culminated in a presentation to the psychiatric
emergency room. Rather insightfully and succinctly he re-
counted mood lability: "It made me nuts ... I went from
gentle to mental." Specifically, he experienced increased ir-
ritability; unexpected and unprovoked yelling at his fiancée;
and "anger outbursts," switching from his "typical self," de-
scribed as "laid back, someone who likes to joke around,"
to experiencing "crazy mood swings," going "from happy to
sad to angry to pissed off." He denied feeling overtly anxious
or depressed, but became increasingly isolative and locked
himself in his room to avoid contact with his family.

These mood changes culminated after two weeks on lev-
etiracetam, when Danny abruptly became actively suicidal
and impulsively held a box cutter to his neck. When asked
what prompted this gesture, he said: "I didn't know what

I was doing ... I just looked for the sharpest thing and
grabbed it." Two days later, he tied an electrical cord around
his neck and intended to hang himself, ultimately stopping
himself when thinking of his son. Feeling overpowered by
suicidal urges was a new experience for Danny. Concerned
that his mood swings would affect his relationship with his
son, Danny said, "I didn't want to be around him like that
... I thought, 'What the hell is wrong with me?'"

Danny called his primary care physician's office to ask
for help and was encouraged to come to the clinic for evalua-
tion. After presenting to his primary care physician, Danny
was promptly sent to the psychiatric emergency services and
was subsequently admitted to a psychiatric inpatient unit
for evaluation and treatment of depression and suicidality.
Shortly after admission to the unit, Danny engaged in an un-
provoked violent behavior, twisting a security guard's arm,
flipping him over, and slamming him down to the floor. He
also made recurrent physical threats to the unit staff.

Due to reports of acute behavioral changes associated
with the initiation of levetiracetam, a three-day taper of the
medication was initiated, while carbamazepine was contin-
ued at 200 mg three times daily, supplemented with clon-
azepam. Although his agitation persisted for several days,
Danny related feeling "much better" almost immediately af-
ter the levetiracetam taper. His mood began to stabilize,
and by the fourth day he showed sufficient improvement to
warrant discharge home. Mental status exam at discharge
revealed a blunted affect and a "fine, but dysphoric, mood."

Five days after his discharge, Danny presented again to
his primary care physician, but this time with reports of
increased energy, feeling "happy," denying all other symp-
toms of mania. He reported being more communicative with
his fiancée, saying, "I think we are closer because of this."
Also, he related some feelings of "regret" over the altercation
with the security guard on the psychiatric ward, but other-
wise denied feeling guilty. At his outpatient psychiatry in-
take appointment, Danny reported that his anger and mood
lability had completely resolved. He attributed the entire in-
cident to levetiracetam, relating, "I'm normal ... I just had a
bad reaction." Fluoxetine was continued at 20 mg daily, and
carbamazepine was continued at 200 mg three times daily.
In retrospect, Danny acknowledged that his sister had expe-
rienced increased "mood swings" on levetiracetam and that
his son had increasing "temper tantrums" while on the med-
ication. Danny's incident was reported to the U.S. Food and
Drug Administration as an adverse drug event.

One month later, Danny arrived at the outpatient psy-
chiatric clinic without an appointment complaining of panic
attacks and six days of insomnia. He had lost another job
and was overwhelmed with anxiety due to financial stres-
sors. His clothes were unkempt, and he appeared tired and
anxious. His mood was not elevated, irritable, or overly de-
pressed, and he denied suicidal ideation. He was prescribed



Harv Rev Psychiatry Downloaded from informahealthcare.com by University of Washington on 12/07/11
For personal use only.

clonazepam 0.5 mg as needed for sleep—a regimen that was titrated up to 1.5 mg, with good response. Soon, he was hired as a postal service worker.

Displeased with his former neurologist for allegedly not warning him about the potential adverse mood effects associated with levetiracetam, Danny was referred to a new neurologist for seizure management. His new neurologist recommended switching from carbamazepine 200 mg three times daily to valproic acid 500 mg daily. Worried over his recent experience, Danny conducted research on the Internet, declining valproic acid. He related: "I looked into possible interactions with other medicines I'm taking … When I typed in 'Prozac' plus 'valproic acid' the answer was 'death.' So no, I'm not going to be taking that … I'm staying with the Tegretol." Two months later, Danny presented again to the emergency room, having just experienced a seizure. As with previous admissions, his carbamazepine level was undetectable.*

## Lior Givon, PhD, MD

Danny is a complicated person with intractable epilepsy, interrelated psychiatric and medical illnesses, and a life characterized by extraordinary misfortune. In the face of incredible tragedy, along with lifelong struggles with chronic medical and psychiatric illnesses, he has demonstrated considerable resilience and character strength, seeking and maintaining employment, and having a stable relationship with his fiancée and a close attachment to his son. In addition, he is capable of insight into his inner psychological life that permits him to seek help at times of imminent emotional crisis. This hopefulness and unwavering optimism is what makes his story so rich and appealing. Danny suffers from epilepsy, a chronic illness that is associated with high morbidity—medical, psychological, and socioeconomic. Contributing to the chronicity are nonadherence to medications, restrictions on employment, cognitive deficits, illnesses of mood, and substance abuse, all of which interact and interrelate to form Danny's intricate psychosocial constellation.

Danny was born with hydrocephalus, requiring a shunt, and subsequently developed chronic seizures. He was a mediocre student and, when young, was diagnosed with unspecified "mild cognitive impairment," the nature of which is unclear. Characteristically, those born with hydrocephalus show cognitive impairment in IQ and in verbal and spatial skills, as well as decreased attention span. In particular, those with shunted hydrocephalus demonstrate the poorest performance on nonverbal skills.[1] Aside from the congenital events, recurrent seizures have a deleterious impact

on cognition. Up to 25% of those with epilepsy have learning disabilities. This statistic is consistent with the finding that early onset and higher frequency of epilepsy are associated with developmental and neurocognitive deficits in children, such as intellectual decline, decreased information-processing speed, reduced reaction time, and attentional and memory deficits.[2,3] Interestingly, recent studies demonstrate that levetiracetam might improve cognition and neuropsychological functions such as recall and language skills in those with seizures.[4,5]

Epilepsy is associated with low quality of life, increase in chronic medical illnesses, pain, and a high risk for multiple psychological comorbidities. Lifetime major depressive disorder is the most common psychiatric condition,[6,7] followed by the anxiety disorders.[8] Among the psychological factors contributing to depression in epileptics are perceived lack of control and lack of social support. While epilepsy is associated with high rates of depression, this mental illness is associated with 1.7 higher risk ratio for seizures.[9] In fact, there is evidence that epilepsy and depression are bidirectional, and that the two conditions share central nervous system aberrations in monoamine levels.[10] Furthermore, psychiatric conditions are undertreated in epileptics, contributing to poorer outcomes.[11] Anxiety, the second most common psychiatric comorbidity in epileptics,[9] is associated with the unpredictability of seizures, restricted activities, the stigma associated with epilepsy, and financial and vocational stressors.[12,13] Additionally, patients may feel an increased sense of discouragement and pessimism.[14] This sense of helplessness and demoralization might contribute to nonadherence to an antiepileptic drug (AED) regimen, increased rates of substance abuse, relational difficulties, and increased rates of seizure recurrence.

Little is known of Danny's emotional and psychological life prior to the death of his infant daughter from sudden infant death syndrome and the murder of his wife. Diagnostically, he has suffered major depressive episodes following times of significant personal loss. He might have developed prolonged grief reaction leading to a violent attack on his wife's killer. He has had symptoms congruent with posttraumatic stress disorder (given his vulnerability due to childhood abuse), as he persistently avoids places associated with memories of his deceased wife. He is prone to symptoms of anxiety with excessive rumination, as well as panic attacks, especially when feeling claustrophobic. Danny has episodes of impulsivity and violence, alcohol abuse (binge pattern), and significant and chronic nonadherence to his AED regimen. Levetiracetam was added to this complex diagnostic picture to bring forth a high-lethality suicide crisis.

Did levetiracetam induce a propensity for suicidal behaviors? Being epileptic and having multiple comorbidities increase Danny's risk for suicidal behaviors, independent of the adverse effects of levetiracetam. Although suicide

---

*The case history was prepared by Steven Porter, BA. This Clinical Challenge, with comments, was completed in October 2009.



Harv Rev Psychiatry
January/February 2011

Harv Rev Psychiatry Downloaded from informahealthcare.com by University of Washington on 12/07/11
For personal use only.

is a rare event (1:10,000 annually in the general population), suicide rates among patients with epilepsy are 5 times higher than the general population and may be as much as 25 times higher in patients with temporal lobe epilepsy and complex partial seizures.[15] Lifetime suicidal ideation among patients with epilepsy is estimated at 25%, compared to 13% in the general population,[6,16] and death by suicide among epileptics is estimated at 11.5% (as the average among numerous studies).[17] High rates of psychiatric illness are the primary risk factor for suicide in epileptics, with Axis I disorders (major depressive episodes, psychosis, and substance abuse) ranging from 19% to 62%.[15] Additional risk factors include: cognitive impairment and deterioration; personality disorders; type of seizure (temporal lobe epilepsy, simple partial seizures, generalized seizures); frequency and early onset of seizures, as well as young age (25–49); male gender; history of treatment resistance; and personal, social, or occupational difficulties.[15] It is estimated that at least 13.5% of all registered suicides are committed by epileptics.[18]

Clearly, the initiation of treatment with levetiracetam was associated with the emergence of Danny's suicidal behaviors, which was preceded by irritability, increased inner restlessness akin to akathisia, and a low threshold to anger and hostility. Levetiracetam was approved for clinical use in 1999 as adjunctive therapy in adults for treating partial complex seizures, myoclonic seizures, and primary generalized tonic-clonic seizures.[19] Most common psychiatric adverse effects include depression, nervousness, anxiety, hostility, and emotional lability (13.3% levetiracetam vs. 6.2% placebo arm), and half of those with behavioral and psychological side effects experienced adverse effects within the first four weeks of treatment. Retrospective evaluation of epileptic patients taking levetiracetam revealed a 2.5% prevalence of depression and suicidal ideation.[20,21] In response to the emergence of worrisome suicidal behaviors associated with AEDs, the U.S. Food and Drug Administration published in 2008 a review of associated risks for suicidality among the 11 most commonly prescribed AEDs. Overall risk for suicidal behaviors was 1.79 per 1000 patients, with those prescribed levetiracetam demonstrating the highest risk for suicide (odds ratio = 2.8).[22] The emergence of mood instability, impulsivity, and hostility toward self and others a few weeks after the initiation of levetiracetam point to a high degree of association between the emotional volatility and the medication.

Danny had been nonadherent to his AED regimen, presenting to emergency rooms multiple times with recurrent seizures and subtherapeutic levels of carbamazepine. He has had a high frequency of breakthrough seizures that affected his ability to function and to maintain economic stability. Nonadherence to AEDs has a high economic burden on the individual and on society. Retrospective insurance claims show that recurrent risk of seizures was 21%

higher among nonadherent patients.[23] Nonadherence was associated with a threefold increase in mortality, as well as increases in emergency department visits, hospitalizations, motor vehicle accident injuries, fractures, and head injuries.

In summary, Danny has numerous features of the "classic epileptic patient," possessing multiple comorbidities—psychological, behavioral, and social. He developed several of the more troublesome adverse effects associated with levetiracetam very early during the course of treatment, culminating in psychiatric admission for suicidality. Although these complications resolved, he continues to struggle with compliance, binge drinking, anxiety, financial stressors, and unstable employment. Regardless, he remains connected to his primary care physician and psychiatrist—aware of how fragile and tenuous his life with epilepsy is, yet at the same time attached to his family and to his support system.

## Jessica Goren, PharmD

Adverse drug reactions (ADRs) are common and account for 2%–7% of hospital admissions.[24] This commentary will focus on ADRs as they relate to Danny's case. Typically, an ADR occurs shortly after a dose increase or introduction of a new drug. The onset is abrupt, in contrast to the more gradual onset of symptoms seen with idiopathic psychiatric disorders. In this case, Danny's irritability, mood swings, and suicidal behavior began shortly after levetiracetam was introduced.

An ADR resolves after a medication has been eliminated from the body. The time to elimination is driven by a drug's half-life. A drug is typically eliminated from the plasma in five half-lives, but a drug's half-life can be prolonged in some populations. With a half-life of seven hours, a levetiracetam-induced ADR would be expected to resolve within two days.[19] Although Danny's symptoms started improving shortly after levetiracetam was tapered, some symptoms persisted for four days. If levetiracetam's half-life had been prolonged in Danny, he could have experienced ADR symptoms for an extended period, but that does not appear to have happened to him. First, levetiracetam is primarily eliminated through the kidneys, and there is no indication that Danny suffers from renal impairment. Second, since levetiracetam is not extensively metabolized in the liver, hepatic impairment does not affect the elimination of the drug. Danny's moderately elevated liver function tests do not support the theory that levetiracetam's half-life was prolonged in his case.

Once we know that Danny had an abrupt onset of symptoms shortly after starting levetiracetam, we should turn our attention to the drug itself. Do the symptoms that Danny experienced seem reasonable based on the mechanism of action of levetiracetam? Unfortunately, levetiracetam's mechanism of action is unknown. It does not demonstrate



Harv Rev Psychiatry
Volume 19, Number 1

Harv Rev Psychiatry Downloaded from informahealthcare.com by University of Washington on 12/07/11
For personal use only.

the same receptor binding affinity as other anticonvulsants but does modulate GABAergic function indirectly.[19] Altered GABA function is implicated in the pathophysiology of several psychiatric disorders. Given the limited information available regarding levetiracetam's mechanism of action, it is difficult to determine if Danny's symptoms are consistent with the pharmacodynamics of the drug.

When the data on a drug's mechanism of action are limited, a review of the clinical effects of the medication can be useful. In the case of levetiracetam, data regarding behavioral effects are mixed,[25–28] though large, randomized, double-blind, placebo-controlled trials indicate that behavioral symptoms may occur in as many as 16% of patients treated with levetiracetam.[29] Danny's suicidal thoughts and actions, irritability, aggression, and mood lability are consistent with previous reports of levetiracetam-induced behavioral changes.[19,25–29]

Given the abrupt onset of new symptoms shortly after the initiation of levetiracetam, the resolution of symptoms upon discontinuing the drug, and the consistency of Danny's symptoms with other reports in the medical literature, it is likely that Danny experienced behavioral symptoms secondary to treatment with levetiracetam. Based on the Naranjo scale, this case can be rated as probably an ADR.[30] The Naranjo scale is designed to assess the likelihood that an ADR is actually due to the drug rather than other factors.

## Pieter A. Cohen, MD

For decades, controversy has surrounded the relationship between epilepsy, suicide, and antiepileptic medications. This question has recently received renewed attention as the U.S. Food and Drug Administration alerted physicians in 2008 that antiepileptic medications may be associated with increased risk of suicidality. Danny already has several risk factors for suicide, including cognitive impairment, male sex, history of affective disorder, and unstable employment and financial difficulties. Did his epilepsy or his antiseizure medication further increase his risk?

The question of increased risk of suicide in people with epilepsy has been debated for at least 70 years.[31] Recently, a large case-control study from Denmark included over 21,000 people who had committed suicide and compared them to over 420,000 controls. The individuals who committed suicide were three times more likely to have epilepsy than were the controls (2.3% vs. 0.7%).[32] These data support the conclusion from an earlier meta-analysis that the risk of dying from suicide is higher among patients with epilepsy than the general population.[33] While a prospective study will be needed to determine definitively if suicide is increased in patients with epilepsy, the current evidence suggests that it

is. The mechanism by which epilepsy leads to an increased risk of suicide is unknown.

Depression or psychological distress in people with epilepsy may explain the increased risk of suicide. Community-based surveys have found that depression and serious psychological distress are more common in patients with epilepsy.[34,35] In one survey of 130,000 respondents, 13% of those with epilepsy were depressed, compared to 7% of those without.[34] Other studies suggest that the increased risk of psychiatric disorders might be due to the chronic disability from epilepsy.[36] In one study of disability claimants, psychiatric illness was as likely in patients with epilepsy as it was in control patients with other chronic conditions.[36]

Therefore, it is likely that Danny's epilepsy contributed either directly or indirectly to his risk of suicidal behavior. But what remains a much more controversial question is the effect of Danny's antiseizure medication. This is an important question to consider in Danny's case since his suicidal behavior occurred only days after beginning levetiracetam without any other clear psychiatric or social precipitants. As was done in Danny's case, whenever a suspected drug reaction occurs, it should be reported to the FDA via their MEDWATCH Web site.[37]

Recently, a wide range of medications has been demonstrated to increase the risk of suicide, including interferon alpha,[38] isotretinoin,[39] selective serotonin reuptake inhibitors,[40] varenicline,[41] and rimonabant.[42] One question that Danny's case raises is whether levetiracetam or other antiepileptic medications should be added to this list. Although a body of research suggests that seizure medications can increase the risk of suicidality, some have argued that it is not the seizure medicine per se but rather the result of well-controlled epilepsy.[43] The term "forced normalization" has been used to describe the adverse psychiatric effects of seizure suppression. While this argument is intuitively appealing, the evidence does not suggest that antiseizure medications are innocent bystanders.

For more than 30 years, there have been concerns that certain antiseizure medications might increase the risk of depression and suicide. A study published in 1987 compared the rates of depression and suicidal ideation among 15 patients treated with phenobarbital and 24 patients treated with carbamazepine. Suicidal ideation occurred in 47% of these patients treated with phenobarbital but only 4% of patients treated with carbamazepine ($p = .005$).[44] Additional studies suggest a relationship between suicide and some antiseizure medications.[45,46] The most comprehensive review of the topic found several of the antiseizure medications conferred an increased risk of negative mood symptoms.[15] The antiseizure medications with the most observational data supporting a link with negative mood symptoms included phenobarbital, phenytoin, topiramate, levetiracetam, and tiagabine.[15]



Harv Rev Psychiatry
January/February 2011

52    Givon et al.

Harv Rev Psychiatry Downloaded from informahealthcare.com by University of Washington on 12/07/11
For personal use only.

In this context the FDA reported the recent meta-analysis of 199 placebo-controlled trials including over 44,000 patients.[22] All pharmaceutical companies that currently market antiepileptic medications submitted data from relevant randomized, controlled trials. Suicidality occurred in 0.43% of the drug patients and 0.24% of the placebo patients. An estimated 1.9 per 1000 more antiseizure drug patients than placebo patients experienced suicidal behavior or ideation. There were four completed suicides in the drug patient group and none in the placebo group.

In the FDA meta-analysis, levetiracetam conferred a 2.8 odds ratio of developing suicidal behavior or ideation, but this ratio was not statistically significant. Topiramate and lamotrigine, however, had statistically significant increases in the primary endpoint, with odds ratios of 2.5 and 2.1, respectively. Two medications, carbamazepine and divalproex, were associated with lower risk of suicidality compared to placebo, but the associations did not reach statistical significance. Therefore, current evidence suggests some antiseizure medications (e.g., topiramate, levetiracetam, and lamotrigine) may increase the risk of developing suicidality, whereas others (e.g., carbamazepine and divalproex) may not.

The risk of developing suicidality with antiseizure medications is similar to that of other life-threatening adverse drug reactions. With one year of exposure, the rate of clozapine-induced agranulocytosis is 6.8 per 1000 patients, and the rate of sudden death from atypical antipsychotic medications is 2.9 per 1000 patients.[47] The increased risk of developing suicidality in the FDA analysis is in a similar range.[22] The average duration of drug treatment with antiseizure medications was only 73 days, however; one year of exposure might have led to a higher rate.

Furthermore, the FDA analysis likely underestimates the risk of suicidality since it relied on industry-funded studies that excluded many of the patients who are at increased risk for suicide. In clinical practice the rate might be closer to that of 224 consecutive patients started on levetiracetam, of whom 1.8% discontinued the medicine secondary to depression with suicidal ideation (unpublished data cited in Kanner (2009)).[43] If this estimate is reflective of actual practice, it would translate to a rate of suicidality with levetiracetam more than twice as high as the risk of developing clozapine-induced agranulocytosis.

The FDA meta-analysis was released in January of 2008,[48] and manufacturers were required to add the risk of suicidality to levetiracetam prescribing information in December of 2008 (the same month that Danny began levetiracetam).[49] This case highlights the need for physicians to remain updated on adverse effects of medications, even those that have been on the U.S. market for years. Patients with multiple risk factors for suicide should preferentially receive antiseizure medications that do not further

increase this risk. If antiseizure medications that are associated with increased risk of suicidality are prescribed to high-risk patients, they should be informed of these risks prior to starting the new medication and monitored closely for the development of suicidality.

One additional point is worth emphasizing. In clinical practice, such as in Danny's case, the use of multiple medications simultaneously may complicate the interpretation of adverse effects. Even if a new medication does not have known adverse psychiatric effects, it might change the serum level of a concomitant medication with an impact on mood. In Danny's case, fluoxetine can inhibit the hepatic metabolism of carbamazepine, and levetiracetam has been reported to increase carbamazepine toxicity.[50] Furthermore, given Danny's challenges with adhering to the medical regimen, he may be exposed to increased risk by starting and stopping the medications, with resultant fluctuating serum levels.

As Danny's case highlights, suicidality has become the psychiatrist's "cannot miss" adverse drug reaction. While the dermatologist must always consider medications when evaluating toxic epidermal necrosis and the gastroenterologist must consider medications when evaluating fulminant hepatic failure, it has become increasingly clear that suicidality is also a life-threatening disorder that may be caused by a wide variety of medications used for a broad range of disorders. Psychiatrists should consider both epilepsy itself and antiepileptic medications as potential contributing factors when assessing a suicidal patient.

### Bharanidharan Padmanabhan, MD

Danny was born with a nuchal cord wrapped around the neck. While immediately concerning, the presence of such an umbilical problem is relatively common and is not automatically associated with asphyxia, mental retardation, epilepsy, or other bad health outcomes. In addition, it is unclear whether his ventriculoperitoneal shunting was ever revised or removed. Though the patient recalls a seizure at age 14, no objective records are available to better document earlier medical issues. At the same time, his mild cognitive impairment and stutter do suggest some permanent structural injury to the brain and a potential lifelong predisposition to seizures. The patient appears to have had a significant number of generalized tonic-clonic seizures associated with falls and orthopedic injuries.

The patient has documented cortical irritability (with an EEG at age 27), including breakthrough bursts in the left frontal pole. This evidence was obtained, however, two years after Danny was already begun on carbamazepine. At that time, his carbamazepine dose was changed from 100 mg extended release twice daily to 200 mg of regular release



Harv Rev Psychiatry
Volume 19, Number 1

Harv Rev Psychiatry Downloaded from informahealthcare.com by University of Washington on 12/07/11
For personal use only.

thrice daily. Unfortunately, the patient could not keep to that regimen, presumably due to sedation and work schedules. He presented to the emergency room repeatedly after suffering breakthrough seizures. Nevertheless, the patient functioned fairly well throughout this period: he courted a fiancée; fathered and cared for an infant child; and stayed employed.

It is important to recognize that frontal lobe epilepsy is not as well characterized as temporal lobe epilepsy. Reports on ictal activities are less numerous in the former, and no clear interictal personality has been consistently defined. An effect on personality is frequently remarked upon, however, at least for active seizure and nocturnal periods. Ictal behaviors vary but include many previously associated with sleep, as well as some learned utilization behaviors, such as handling a mobile phone.[51] Overall, given the significant impact of subclinical (grossly asymptomatic) toxoplasmosis on personality and behavior,[52] it is likely that chronic frontal cortical irritability in the dominant hemisphere has a significant impact on a patient's neuropsychiatric status.

A key question in this case is whether the patient's carbamazepine level was clinically therapeutic despite his blood level. It is always debatable what the therapeutic level of an antiepileptic drug is for an individual patient. Ever since phenytoin became readily available 80 years ago, therapeutic ranges are recognized only as general guidelines. A physician should not change dosages in a clinically stable patient in order to force the individual level into the therapeutic range. The risk of excessive reliance on phenytoin blood levels can readily lead to iatrogenic ataxia and obtundation. In the case of other antiepileptic agents, including agents with generally benign reputations such as gabapentin, the risk of death from overdose or suicidal depression should also receive serious consideration.

Moreover, subtherapeutic blood levels of carbamazepine are not uncommon in the typical treatment population. In a recent study of epilepsy patients from a working-class environment, the prevalence of a subtherapeutic antiepileptic drug level was found to be 38%.[53] Although this patient was taking levetiracetam instead of carbamazepine, it is not unreasonable to presume that the findings may be similar. Arguably, the patient was receiving some benefit due to the lack of partial status epilepticus. Overall, I believe the evidence supports that his carbamazepine dosage was therapeutic for mood and behavior, but less clearly for seizures.

Thus, the decision to switch the patient from carbamazepine to levetiracetam was significant. Despite the arguably benign effect of carbamazepine, the patient strongly desired to switch to levetiracetam based on the testimony of lay friends. Within two weeks of being allowed to do so, he was a totally different man, actively suicidal and hospitalized on a locked psychiatric unit. While we do not know the specifics, the patient's neurologist likely agreed to this medication change because of a sense that the cur-

rent thrice-daily carbamazepine dose regimen was not adequately treating his seizures. Moreover, it appeared that patient noncompliance was a central issue. Hence, seizure control would be maximized on a twice-daily medication schedule. The exact same reasoning seems to underlie the later recommendation to again switch medicines (to valproate).

When faced with the occurrence of breakthrough seizures on an antiepileptic agent, there are good justifications for switching agents instead of embarking on polypharmacy. Monotherapy is typically associated with fewer adverse events, higher compliance, fewer interactions, and lower total drug cost. Also, a patient may be a better responder to certain mechanisms of action than others. Monotherapy is no panacea, however, and levetiracetam is not entirely benign. Despite its benefits, especially when used for partial seizures, it is known to have a potential paradoxical effect of increasing seizure frequency. The incidence in adults has been reported to be between 14% and 18%, and in children, 43%, with higher dose and mental retardation leading to a greater association.[54–56]

In the decision to add levetiracetam to his medication regimen, it now appears that insufficient recognition was given to the role of carbamazepine in stabilizing the patient's mood and behavior. Neither the patient nor his physicians shared the sense that he was living more or less successfully on carbamazepine in terms of his daily life, with the exception of some breakthrough seizures. It is reasonable to attribute some of this patient's abrupt change to levetiracetam alone. However, it is difficult to parse out definitively whether the sharp change in the patient's behavior was due to the effect of levetiracetam itself, from a paradoxical increase in frontal lobe seizure activity in a structurally injured brain, or through an interaction between levetiracetam and carbamazepine.

Physicians must be constantly vigilant to a personal mental scale of "light" versus "heavy" interventions. Which agent is heavy or light depends on a complex matrix of relevant data, "black box" warnings from the U.S. Food and Drug Administration, age, gender, and the personal history/requests of the patient, as well as the personal experience of the physician. For example, regardless of lamotrigine's efficacy data for seizure control, a physician who has encountered numerous cases of Stevens-Johnson syndrome will be more circumspect in using this medicine. Likewise, the *non nocere* of Hippocratic medical ethics enjoins physicians from doing harm rather than exhorting us always to exhaust all symptoms heroically. In general, this case is a good reminder of our need to attend preferentially to the least harmful courses of action before moving on to agents and procedures on a "heavy" list. All of these considerations, along with the insidious requirements of an individual patient's insurance formulary and plan restrictions, play a daily role in medication decisions.



Harv Rev Psychiatry
January/February 2011

54    Givon et al.

Harv Rev Psychiatry Downloaded from informahealthcare.com by University of Washington on 12/07/11
For personal use only.

Confronted with such a complex decision tree, a neurologist has the common option of keeping a seizure patient on an existing "light" agent and adding a second "light" agent to improve control. For example, benzodiazepines are frequently used for this purpose without ill effects. Likewise, vagal nerve stimulation is an option available to the physician unwilling to totally change the patient's regimen or clinical state. Another viable "add-on" option available to the physician in such circumstances is the modified "Atkins" ketogenic diet. Many independent reports have been published documenting the significant improvement achieved using these interventions in patients who previously had breakthrough seizures.[57,58] Neither vagal nerve stimulation nor a ketogenic diet interacts with antiepileptic medicines—which immediately reduces the risk of altering the patient's mood or increasing the risk of suicide. These alternate interventions have become an accepted treatment in the past 15 years for refractory epilepsy as well as an "add-on" therapy for breakthrough seizure patients.[59]

In this case, the patient had been employed, and enjoyed loving his fiancée and infant son, though having an occasional breakthrough seizure. Here, the least harmful approach would have begun with a simple dietary change while keeping him on extended-release carbamazepine. Instead, well-intended physicians appear to have depended exclusively on additional pharmacological agents to improve seizure control. Going forward, the patient is understandably reluctant to switch medications again or add a second agent. Overall, my preference would be to add a nonpharmacological antiepileptic therapy along with strong education on avoiding the common reducers of the seizure threshold (alcohol or benzodiazepine withdrawal, inadequate sleep, fever). Rather than chasing after some illusory blood level, such alternative interventions would be the optimal course of action.

Dr. Givon would like to thank Robert M. Levin, MD, MPH, for his valuable editorial comments.

***Declaration of interest:*** Dr. Padmanabhan has previously served as a paid consultant to Bayer, Biogen, Cephalon, Serono, and Teva Neuroscience. Dr. Mills served as a speaker for Janssen Pharmaceutica in 2007.

## REFERENCES

1. Brookshire BL, Fletcher JM, Mohan TP, Landry SH, Davidson KC, Francis DJ. Verbal and nonverbal skill discrepancies in children with hydrocephalus: a five-year longitudinal follow-up. J Pediatr Psychol 1995;20:785–800.
2. Vendrame M, Alexopoulos AV, Boyer K, et al. Longer duration of epilepsy and earlier age at epilepsy onset correlate with impaired cognitive development in infancy. Epilepsy Behav 2009;16:431–5.
3. Kaaden S, Helmstaedter C. Age at onset of epilepsy as a determinant of intellectual impairment in temporal lobe epilepsy. Epilepsy Behav 2009;15:213–7.
4. Huang CW, Pai MC, Tsai JJ. Comparative cognitive effects of levetiracetam and topiramate in intractable epilepsy. Psychiatry Clin Neurosci 2008;62:548–53.
5. Wu T, Chen CC, Chen TC, et al. Clinical efficacy and cognitive and neuropsychological effects of levetiracetam in epilepsy: an open-label multicenter study. Epilepsy Behav 2009;16:468–74.
6. Schmidt D. Drug treatment of epilepsy: opinions and limitation. Epilepsy Behav 2009;15:56–65.
7. Fuller-Thompson E, Brennenstuhl S. The association between depression and epilepsy in a national representative sample. Epilepsia 2008;49:1–8.
8. Gaitatzis A, Trimble MR, Sander JW. The psychiatric comorbidity of epilepsy. Acta Neurol Scand 2004;110:207–20.
9. Hesdorffer DC, Hauser WA, Annegers JF, Cascino G. Major depression is a risk factor for epilepsy in older adults. Ann Neurol 2000;47:246–9.
10. Jobe PC, Daily JW, Wernicke JF. A noradrenergic and serotonergic hypothesis of the linkage between epilepsy and affective disorders. Crit Rev Neurobiol 1999;13:317–56.
11. de Boer HM, Mula M, Sander JW. The global burden of epilepsy. Epilepsy Behav 2008;12:540–6.
12. Hermann BP, Whitman S, Wyler AR, Anton MT, Vanderzwagg R. Psychosocial predictors of psychopathology in epilepsy. Br J Psychiatry 1990;156:98–105.
13. Vazquez B, Devinsky O. Epilepsy and anxiety. Epilepsy Behav 2003;4 suppl 4:S20–5.
14. McCagh J, Fisk JE, Baker GA. Epilepsy, psychosocial and cognitive functioning. Epilepsy Res 2009;86:1–14.
15. Kalinin VV. Suicidality and antiepileptic drugs. Drug Saf 2007;30:123–42.
16. Tellez-Zenteno J, Patten SB, Jette N, Williams J, Wieb S. Psychiatric comorbidities in epilepsy: a population-based analysis. Epilepsia 2007;48:2336–44.
17. Verrotti A, Cicconetti A, Scorrano B, et al. Epilepsy and suicide: pathogenesis, risk factors, and prevention. Neuropsychiatr Dis Treat 2008;4:365–70.
18. Pompili M, Girardi P, Tatarelli R. Death from suicide versus mortality from epilepsy in the epilepsies: a meta-analysis. Epilepsy Behav 2006;9:641–8.
19. UCB, Keppra package insert [prescribing information].
20. Mula M, Sander JW. Negative effects of antiepileptic drugs on mood of patients with epilepsy. Drug Saf 2007;30:555–67.
21. Mula M, Trimble MR, Yuen A, Liu RS, Sander JW. Psychiatric adverse events during levetiracetam therapy. Neurology 2003;61:704–6.
22. U.S. Department of Health and Human Services. Food and Drug Administration. Center for Drug Evaluation and Research. Statistical review and evaluation: antiepileptic drugs and suicidality. 23 May 2008. http://www.fda.gov/ohrms/dockets/ac/08/briefing/2008-4372b1-01-FDA.pdf
23. Faught RE, Weiner JR, Guerin A, Cunningham MC, Duh MS. Impact of nonadherence to antiepileptic drugs on health care



Harv Rev Psychiatry
Volume 19, Number 1

Levetiracetam, Seizures, and Suicidality    55

Harv Rev Psychiatry Downloaded from informahealthcare.com by University of Washington on 12/07/11
For personal use only.

utilization and costs: findings from the RANSOM study. Epilepsia 2009;50:501–9.

24. Pourpak Z, Fazlollahi MR, Fatthi F. Understanding adverse drug reactions and drug allergies: principles, diagnosis and treatment aspects. Recent Pat Inflamm Allergy Drug Discov 2008;2:24–46.

25. Post RM, Altshuler LL, Frye MA, et al. Preliminary observations on the effectiveness of levetiracetam in the open adjunctive treatment of refractory bipolar. J Clin Psychiatry 2005;63:370–4.

26. Grunze H, Langosch J, Born C, Schaub G, Walden J. Levetiracetam in the treatment of acute mania: an open, add-on study with an on-off-on design. J Clin Psychiatry 2003;64:781–4.

27. Papp LA. Safety and efficacy of levetiracetam for patients with panic disorder: results of an open-label, fixed-flexible dose study. J Clin Psychiatry 2006;67:1573–6.

28. Kinrys G, Wygant LE, Pardo TB, Melo M. Levetiracetam for treatment-refractory posttraumatic stress disorder. J Clin Psychiatry 2006;67:211–4.

29. Cramer JA, de Rue K, Devinsky O, Edrich P, Trimble MR. A systematic review of the behavioral effects of levetiracetam in adults with epilepsy, cognitive disorders, or an anxiety disorder during clinical trials. Epilepsy Behav 2003;4:124–32.

30. Naranjo CA, Busto U, Sellers EM, et al. A method for estimating the probability of adverse drug reactions. Clin Pharmacol Ther 1981;30:239–45.

31. Bell GS, Sander JW. Suicide and epilepsy. Curr Opin Neurol 2009;22:174–8.

32. Christensen J, Vestergaard M, Mortensen PB, Sidenius P, Agerbo E. Epilepsy and risk of suicide: a population-based case-control study. Lancet Neurol 2007;6:693–8.

33. Harris EC, Barraclough B. Suicide as an outcome for mental disorders. A meta-analysis. Br J Psychiatry 1997;170:205–28.

34. Fuller-Thomson E, Brennenstuhl S. The association between depression and epilepsy in a nationally representative sample. Epilepsia 2009;50:1051–8.

35. Moore JL, Elliott JO, Lu B, Klatte ET, Charyton C. Serious psychological distress among persons with epilepsy based on the 2005 California Health Interview Survey. Epilepsia 2009;50:1077–84.

36. Stefansson SB, Olafsson E, Hauser WA. Psychiatric morbidity in epilepsy: a case controlled study of adults receiving disability benefits. J Neurol Neurosurg Psychiatry 1998;64:238–41.

37. U.S. Department of Health and Human services. Food and Drug Administration. MedWatch: the FDA safety information and adverse event reporting program. 29 Sep 2010. http://www.fda.gov/Safety/MedWatch/default.htm

38. Zdilar D, Franco-Bronson K, Buchler N, Locala JA, Younossi ZM. Hepatitis C, interferon alfa, and depression. Hepatology 2000;31:1207–11.

39. Hull PR, D'Arcy C. Isotretinoin use and subsequent depression and suicide. Am J Clin Dermatol 2003;4:493–505.

40. Hammad TA, Laughren T, Racoosin J. Suicidality in pediatric patients treated with antidepressant drugs. Arch Gen Psychiatry 2006;63:332–9.

41. The smoking cessation aids varenicline (marketed as Chantix) and bupropion (marketed as Zyban and generics). FDA Drug Saf Newsletter 2009;2:1–4.

42. FDA Endocrine and Metabolic Drugs Advisory Committee. Clinical Review of Safety and Efficacy. In: Rimonabant briefing document [FDA Briefing Document No. NDA-21-888]. 2007. http://www.fda.gov/ohrms/dockets/ac/07/briefing/2007-4306b1-fda-backgrounder.pdf

43. Kanner AM. Suicidality and epilepsy: a complex relationship that remains misunderstood and underestimated. Epilepsy Curr 2009;9:63–6.

44. Brent DA, Crumrine PK, Varma RR, Allan M, Allman C. Phenobarbital treatment and major depressive disorder in children with epilepsy. Pediatrics 1987;80:909–17.

45. Kalinin VV, Polyansky DA. Gender differences in risk factors of suicidal behavior in epilepsy. Epilepsy Behav 2005;6:424–9.

46. White JR, Walczak TS, Leppik IE, et al. Discontinuation of levetiracetam because of behavioral side effects: a case-control study. Neurology 2003;61:1218–21.

47. Schneeweiss S, Avorn J. Antipsychotic agents and sudden cardiac death—how should we manage the risk? N Engl J Med 2009;360:294–6.

48. U.S. Food and Drug Administration. Center for Drug Evaluation and Research. Information for healthcare professionals: suicidal behavior and ideation and antiepileptic drugs. 3 Mar 2010. http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm100192.htm

49. U.S. Department of Health and Human Services. Food and Drug Administration. FDA news release. FDA requires warnings about risk of suicidal thoughts and behavior for antiepileptic medications. 18 Jun 2009. http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2008/ucm116991.htm

50. Sisodiya SM, Sander JW, Patsalos PN. Carbamazepine toxicity during combination therapy with levetiracetam: a pharmacodynamic interaction. Epilepsy Res 2002;48:217–9.

51. Carota A, Novy J, Rossetti AO. Symptomatic complex partial status epilepticus manifesting as utilization behavior of a mobile phone. Epilepsy Behav 2009;14:553–5.

52. Henriquez SA, Brett R, Alexander J, Pratt J, Roberts CW. Neuropsychiatric disease and Toxoplasma gondii infection. Neuroimmunomodulation 2009;16:122–33. Epub 2009 Feb 11.

53. Hernández-Fustes OJ, Marcourakis T, de Bittencourt PR. The clinical relevance of serial determinations of plasma concentrations of carbamazepine and sodium valproate. Rev Neurol 1999;28:1043–7.

54. Schulze-Bonhage A, Feil B, Fauser S, Homberg V. [Levetiracetam in combined therapy for focal epilepsy: experience with 80 patients]. Nervenarzt 2004;75:749–54.

55. Nakken KO, Eriksson AS, Lossius R, Johannessen SI. A paradoxical effect of levetiracetam may be seen in both children and adults with refractory epilepsy. Seizure 2003;12:42–6.

56. Szucs A, Clemens Z, Jakus R, et al. The risk of paradoxical levetiracetam effect is increased in mentally retarded patients. Epilepsia 2008;49:1174–9.

57. Kossoff EH, Dorward JL. The modified Atkins diet. Epilepsia 2008;49 suppl 8:37–41.

58. Liu L, Henry JC. New-onset partial epilepsy in adults. Curr Treat Options Neurol 2009;11:242–52.

59. Ben-Menachem E. Vagus-nerve stimulation for the treatment of epilepsy. Lancet Neurol 2002;1:477–82.

RIGHTS



## MASSACHUSETTS
## MEDICAL SOCIETY

The Massachusetts Medical Society certifies that

**Bharanidharan Padmanabhan, M.D., Ph.D.**

has participated in the enduring material titled

**Discussing End–of–Life Care With Patients**

on April 30, 2012

and is awarded 1.00 *AMA PRA Category 1 Credit(s)*$^{TM}$.

This activity meets the criteria of the Massachusetts Board of Registration in Medicine for risk management study.

The Massachusetts Medical Society is accredited by the Accreditation Council for Continuing Medical Education to provide continuing medical education for physicians.

Tel 781 434 7306 | Toll-free 800 322 2303 ext 7306 | Fax 781 642 1246
Email continuingeducation@mms.org







# New England Medical Center

Boston Massachusetts

This is to certify that

## Bharanidharan Padmanabhan, M.D.

Has Faithfully Served as

Resident in Neurology

1 July 1997 - 30 June 2000

_Peter F. O'Donnell, M.D._
President

_W.F. Brown_
Acting Neurologist-in-Chief

New England Medical Center
A Lifespan Partner

_John T. Sullivan, M.D._
Date

_Program Director and Chairman of Neurology, TUSM_

Tufts University
School of Medicine

Szám: 92

# DOKTORI OKLEVÉL

Mi, a Budapesti Semmelweis Orvostudományi Egyetem
Rektora és Doktori Tanácsa köszöntjük az olvasót
és ezennel hitelt érdemlően tudatjuk, hogy

## Bharanidharan Padmanabhan
~~urhölgyet~~ / urat,

aki Hyderabad India / városban/községben, 1970-ik évben
05.        hónapban   05.     napján született,
miután az   orvostudomány      magas színvonalú ismeretét,
annak új eredményekkel gazdagító művelését
és ezzel az önálló kutatómunkára alkalmasságát a törvényes jogszabályokban
és az Egyetem Szabályzatában meghatározott módon kétséget kizáróan
bizonyította, a törvény erejével ránk ruházott hatalmánál fogva
a mai napon doktorrá avattuk és őt a

## doktor (Ph.D.)

cím (vagy a "Dr." rövidítés) használatára feljogosítottuk.

Ennek hiteléül ezt a doktori oklevelet Egyetemünk pecsétjével és saját kezű
aláírásunkkal megerősítettük, és részére kiszolgáltattuk.

Kelt Budapesten, 1997 -ik évben, június   hónap 13. napján.

Dékán

Rektor

a Doktori Szigorlati Bizottság
Elnöke

a Doktori Tanács Elnöke

