UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 02 2013

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

BRIAN EVANS,

Plaintiff

v.

LEAPFROG GROUP, et al



CASE NO. CV-13-00269-SOM/BMK

**Notice of Dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure**

Plaintiff files this Notice of Dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, without prejudice.

Submitted:

BRIAN EVANS

10/1/2013

1